IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LISA G. FINCH, Individually, as Co-Administrator
of the Estate of Andrew Thomas Finch, deceased,
ADELINA FINCH; DOMINICA C. FINCH, as
Co-Administrator of the Estate of Andrew
Thomas Finch, deceased; and ALI ABDELHADI,

Plaintiffs,

vs.   Case No. 18-CV-01018-JWB-KGS

CITY OF WICHITA, KANSAS; WICHITA
POLICE OFFICER JUSTIN RAPP; SGT.
BENJAMIN JONKER; JOHN DOE POLICE
OFFICERS 1-8,

Defendants.

## STIPULATION FOR EXTENSION OF TIME

The parties hereby stipulate, pursuant to F.R.Civ.P. 29(b), that defendant's time to respond to plaintiffs' fifth request for production of documents is extended ten (10) days until and including **March 18, 2019**.

SUBMITTED AND APPROVED BY:

/s/ J. Steven Pigg
J. Steven Pigg                                    #09213
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th St.
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
**Attorney for Defendants**

{T0460222}                                    1

APPROVED BY:

<u>/s/ Rick E. Bailey</u>
Rick E. Bailey                                    #11583
CONLEE, SCHMIDT & EMERSON, LLP
200 W. Douglas, Suite 300
Wichita, KS 67202
(316) 264-3300 / (316) 264-3423 (Fax)
Email: rbailey@fcse.net
**Attorney for Plaintiffs**