IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LISA G. FINCH, Individually, as Co-Administrator
of the Estate of Andrew Thomas Finch, deceased,
and as Next Friend for her minor granddaughter,
AF; DOMINICA C. FINCH, as Co-Administrator
of the Estate of Andrew Thomas Finch, deceased;
and ALI ABDELHADI,

               Plaintiffs,

   vs.                                                       Case No. 18-CV-01018-JWB-KGS

CITY OF WICHITA, KANSAS;
JOHN DOE POLICE OFFICERS 1-10,

               Defendants.

## DEFENDANT'S SUPPLEMENTAL RULE 26(a) DISCLOSURES

Defendant City of Wichita, submits the following supplemental disclosures pursuant to F.R.Civ.P. 26(a)(1).

**A.    Individuals likely to have discoverable information that defendant may use to support its defenses (Rule 26(a)(1)(A)(i).**

103.    Officer Dominic Artis, Wichita Police Department – Worked case number 12C072031, which involved Andrew Finch.

104.    Officer Johnathan Estrada, Wichita Police Department – Worked case number 12C072031, which involved Andrew Finch.

105.    Officer Rex Leffew, Wichita Police Department – Worked case number 12C072031, which involved Andrew Finch.

106.   Officer Kevin McKenna, Wichita Police Department – Worked case number 12C072031, which involved Andrew Finch.

107.   Officer Rick Pena, Wichita Police Department – Worked case number 12C072031, which involved Andrew Finch.

108.   Todd Herman, Manager, Sharp Construction, LLC, 505 W. Clay Street, Valley Center, KS 67147– regarding employment of Andrew Finch at Sharp Construction, LLC.

109.   Detective Kevin Real, PSB Investigator on 14PSB0386 Stacy Richard shooting.

110.   Officer William Stevens, Wichita Police Department – Stacy Richard shooting.

111.   Detective Dan Harty, Wichita Police Department – PSB investigator on 15PSB1272, 15PSB2620 and 16PSB2228.

112.   Officer Brett Pearce, Wichita Police Department – Jeffrey Smith shooting.

113.   Officer Walter Bautista, Wichita Police Department – Nicholas Garner shooting.

114.   Officer Jamie Thompson, Wichita Police Department –Quintero shooting.

115.   Officer Brandon Hall, Wichita Police Department – Witness to Quintero shooting.

116.   Randy Williamson, former officer involved in Lanning shooting.

117.   Officer Clay Schuler, Wichita Police Department – witness to Lanning shooting.

118.   Lt. Heimerman, Wichita Police Department – witness to Lanning shooting.

119.   Dale Geist, 3544 S. Everett, Wichita, Kansas – witness to Lanning shooting.

120.   Detective Robert Chisholm, Jr., Wichita Police Department – investigator in Lanning shooting.

121.   Sgt. Kevin Kochenderfer, Wichita Police Department – SWAT procedures and training; response in Case 15C25777.

122.    Marc Bennett, District Attorney, Sedgwick County, Kansas, 535 N. Main, Wichita KS 67203 – Mr. Bennett has knowledge of his critical review and assessments of the shooting by Officer Rapp as well as other Wichita police officer shootings. His testimony is expected to be consistent with the DA releases and written findings in the following cases:

February 25, 2014 Stacy Richard shooting
April 10, 2014 David Zehring shooting
July 4, 2014 Icarus Randolph shooting
January 3, 2015 John Paul Quintero shooting
May 4, 2015 Jeffrey Smith shooting
December 7, 2015 Daizhion Reed shooting
August 12, 2016 Darries Mitchell noninjury shooting
September 18, 2016 Andrew Villa shooting
March 18, 2017 Kevin Perry shooting
April 12, 2017 Charles Johnston shooting
August 17, 2017 Jose Ortiz shooting
October 26, 2017 Jeffery Holden, Jr. shooting
December 28, 2017 Andrew Finch shooting

123.    Lt. Chris Halloran, Wichita Police Department – Firearms and use of force training of officers.

124.    Sgt. Robert Bolin, Wichita Police Department – Use of force training.

125.    Sgt. Dan Oblinger, Wichita Police Department – CIT policy and training.

126.    Crystal Cornish, 2345 South Grove, Wichita, Kansas – witness to conduct of Smith relating to Smith shooting.

127.    Officer Anthony Villegas, Wichita Police Department – responded to incident in 15C25777 on April 25, 2015.

128.    Officer Charley Davidson, Wichita Police Department – responded to incident in 15C70249 on October 20, 2015.

129. Sgt. Steven Yarberry, Wichita Police Department – responded to incident in 15C70249 on October 20, 2015.

130. Records custodians for medical, employment and criminal records of Andrew Finch.

131. Records custodians for medical and criminal records of Lisa Finch.

132. Records custodians for medical and criminal records of Ali Abdelhadi.

133. Detective Michael Amy, Wichita Police Department – PSB investigation of Betts shooting.

B. **Description of documents in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses (Rule 26(a)(1)(B)).**

14. Docket sheet for *State v. Finch*, Case No. 2012 DM 006933 (WICHITA 21509-21528).

15. Pleadings for *State v. Finch*, Case No. 2012 DM 006933 (WICHITA 21530-21604).

16. Payment records for *State v. Finch*, Case No. 2012 DM 006933 (WICHITA 21529).

17. Docket sheet for *State v. Finch*, Case No. 2016 DM 007842 (WICHITA 21605-21612).

18. Pleadings for *State v. Finch*, Case No. 2016 DM 007842 (WICHITA 21614-21657).

19. Payment records for *State v. Finch*, Case No. 2016 DM 007842 (WICHITA 21613).

20. Employment records for Andrew Finch from Sharp Construction (WICHITA 23323-23324).

21. Employment records for Andrew Finch from Sonic (WICHITA 23325-23355).

22. Medical records for Ali Abdelhadi from COMCARE (WICHITA 23356-24028).

23. Medical records for Ali Abdelhadi from Tatpati Medical Group (WICHITA 24029-24084).

24. Medical records for Lisa Finch from Ana Ahrens, Behavioral Health & Addiction Services (WICHITA 24085-24183).

25. Medical records for Lisa Finch from Behavioral Medicine Specialists (WICHITA 24184-24200).

26. Medical records for Lisa Finch from Holistic Psychiatric Services (WICHITA 24201-24810).

27. Medical records for Lisa Finch from James Dickerson, Ph.D., Hutchinson Psychological Services (WICHITA 24811-25143).

28. Medical records for Lisa Finch from Ralph Bharati, M.D. (WICHITA 25144-25150).

29. Medical records for Lisa Finch from Via Christi Clinic (WICHITA 25151-25497).

30. Medical records for Lisa Finch from Kansas Children's Service League (WICHITA 25498-25560).

31. Medical records for Andrew Finch from Kansas Children's Service League (WICHITA 21658-21966).

32. Employment records for Andrew Finch from NORC (WICHITA 25561-25587).

33. Medical records for Andrew Finch from COMCARE (WICHITA 25588-25843).

34. Violent offender registration for Jerome Finch (WICHITA 25844-25845).

35. Autopsy report for Finch (WICHITA 25846-25853).

36. Ambulance records for Finch (WICHITA 25854-25860).

37. Medical records for Lisa Finch from the Mental Health Association of South Central Kansas (WICHITA 21967-23322).

38. PSB report in 14PSB0386 (Richards) (Wichita 10645-10738).

39. Screen shots from body cam video showing suspect gun directed toward officers in Stacy Richard's shooting. (WICHITA 25861-25913)

40. PSB report in 15PSB1272 (Smith) (WICHITA 11007-11056).

41. PSB report in 15PSB2620 (Garner) (WICHITA 11057-11107).

42. DA findings letter on Stacy Richard's shooting (WICHITA 10739-10742).

43. PSB report in 16PSB2228 – Darries Mitchell (WICHITA 11183-11217).

44. DA letter on Darries Mitchell shooting (WICHITA 11218-11226).

45. DA release in Quintero shooting (WICHITA 10977-11006).

46. Disciplinary records arising out of Darries Mitchell shooting (WICHITA 11183-11217).

47. Disciplinary records arising out of Stacy Richard shooting (WICHITA 10645-10738 and 25914-26007).

48. PSB report on David Zehring shooting (WICHITA 10743-10784).

49. PSB report on Icarus Randolph shooting (WICHITA 10798-10845).

50. PSB report on Jeffery Holden, Jr. shooting (WICHITA 10885-10925).

51. PSB report on John Paul Quintero shooting (WICHITA 10926-10976).

52. PSB report on Nicholas Garner shooting (WICHITA 11057-11107).

53. PSB report on Kevin Perry shooting (WICHITA 011287-011306).

54. PSB report on Jose Ortiz shooting (WICHITA 11352-11389).

55. Findings letter of the DA on Jeffrey Smith shooting. (WICHITA 26008-26013).

56. Findings letter of the DA on Daizhion Reed shooting (WICHITA 11176-11182).

57. Findings letter of the DA on Darries Mitchell (WICHITA 11218-11226).

58. Findings letter of the DA on Andrew Villa shooting (WICHITA 26014-26020).

59. Findings letter of the Sumner County Attorney on Charles Scott Johnston shooting (17PSB-0817). (WICHITA 11351)

60. DA release dated 01/25/2019, relating to Kevin Perry shooting (WICHITA 26021-26051).

61. Findings letter of Acting Bureau Commander of PSB on Gabriel Salinas tasing - Officer Trinidad Balderas (WICHITA 26052).

62. Findings letter of Acting Bureau Commander of PSB on Gabriel Salinas tasing - Officer Brandon Vrbicky (WICHITA 26053).

63. Darries Mitchell shooting disciplinary document and grievance document (WICHITA 26054-26056).

64. Findings letter of the Capt. Doug Nolte on Darries Mitchell shooting (WICHITA 26057).

65. Kochenderfer 2019 Spring MIST Training (WICHITA 26058-26119).

66. 14PSB-0386, Arterburn, Stephens, Phillips (WICHITA 26120-26122).

67. 14PSB-0386, Discipline Recommendations (WICHITA 26123-26130).

68. FOP Mackey Grievance Letter (WICHITA 26131).

69. FOP O'Brien Grievance Letter (WICHITA 26132).

70. HR Grievance Response for O'Brien (WICHITA 26133-26134).

71. HR Grievance Response for Mackey (WICHITA 26135-26136).

72. Mackey Discipline (WICHITA 26137-26138).

73. Mackey Grievance Chief Response (WICHITA 26139).

74. O'Brien Discipline 32201 (B) (WICHITA 26140-26141).

75. O'Brien Grievance Chief Response (WICHITA 26142).

76. Seiler response to Mackey 10-06-2015 (WICHITA 26143-26144).

77. Seiler response to O'Brien 10-06-2015 (WICHITA 26145-26146).

78. DA release in Zehring shooting (WICHITA 10785-10797).

79. DA release in Randolph shooting (WICHITA 10846-10858).

80. DA release in Holden shooting (WICHITA 10859-10884).

81. DA release in Garner shooting (WICHITA 11108-11124).

82. DA release in Ortiz shooting (WICHITA 21455-21477).

82. DA release in Finch shooting (WICHITA 7967-8008).

83. Failure to Supervise (REDACTED) (WICHITA 21101-21105).

84. Interview transcripts and EJS reports for 14PSB-0386 – Stacy Richard (WICHITA 26147-26682).

85. Interview transcripts and EJS reports for 15PSB-1272 – Jeffrey Smith (WICHITA 26683-27229).

86. Interview transcripts and EJS reports for 15PSB-2620 – Nicholas Garner (WICHITA 27230-27956).

87. Interview transcripts and EJS reports for 16PSB-2228 – Darries Mitchell (WICHITA 27957-28188).

88. Interview transcripts and EJS reports for 16PSB-2539 – Andrew Villa (WICHITA 28189-28679).

89. Interview transcripts and EJS reports for 17PSB-0577 – Kevin Perry (WICHITA 28680-29170).

90. Interview transcripts and EJS reports for 17PSB-1940 – Jose Ortiz (WICHITA 29171-29534).

91. EJIS Reports in 15C25777 (Bates 20900-20908).

92. EJIS Reports in 15C70249 (Bates 20909-20927).

93. All documents produced by Defendant (Bates WITCHITA 000001-26146).

94. Detective Perkins case file in 17CVC88615

95. PSB Report in Finch incident, 17PSB3347.

96. After Action Report in Finch incident.

97. WPD Policies 519, 602, 218, Reg. 4.

98. SWAT SOP.

99. Training materials produced by Defendant.

100. Discipline documents, WICHITA 26054-26057; 21101-21109.

101. PSB SOP.

102. Recruit Training materials, WICHITA 026058-26119.

103. PSB Report in 17PSB3349 (Betts) (WICHITA 11616-11665).

104. Betts Termination Letter (WICHITA 29535).

105. Force Science Training Materials (WICHITA 29536-29961).

106. OIS Investigators training record. (WICHITA 29962).

/s/ J. Steven Pigg
J. Steven Pigg                               #09213
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th St.
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
**Attorney for Defendant City of Wichita**

and

JENNIFER L. MAGAÑA, #15519
City Attorney
SHARON L. DICKGRAFE  #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681 / (316) 268-4335 – fax
Email:  sdickgrafe@wichita.gov
**Attorneys for Defendant City of Wichita**

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I caused the foregoing to be electronically served on the following:

Rick E. Bailey
CONLEE, SCHMIDT & EMERSON, LLP
200 W. Douglas, Suite 300
Wichita, KS 67202
rbailey@fcse.net
**Attorney for Plaintiffs**

Andrew M. Stroth
Carlton Odim
ACTION INJURY LAW GROUP, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL  60606
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
*Pro Hac Vice* **Attorneys for Plaintiffs**

Alexa Van Brunt
Sheila Bedi
MACARTHUR JUSTICE CENTER
Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
a-vanbrunt@law.northwestern.edu
sheila.bedi@law.northwestern.edu
*Pro Hac Vice* **Attorneys for Plaintiffs**

/s/ J. Steven Pigg
J. Steven Pigg

{T0456881}                                    11