IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LISA G. FINCH, Individually, as Co-Administrator
of the Estate of Andrew Thomas Finch, deceased,
ADELINA FINCH; DOMINICA C. FINCH, as
Co-Administrator of the Estate of Andrew
Thomas Finch, deceased; and ALI ABDELHADI,

                Plaintiffs,

vs.                                       Case No. 18-CV-01018-JWB-ADM

CITY OF WICHITA, KANSAS; WICHITA
POLICE OFFICER JUSTIN RAPP; SGT.
BENJAMIN JONKER; JOHN DOE POLICE
OFFICERS 1-8,

                Defendants.

## **NOTICE OF SUBPOENA DUCES TECUM**

YOU ARE HEREBY NOTIFIED that defendants, City of Wichita, Justin Rapp, and Benjamin Jonker, will cause a subpoena duces tecum to be issued and served on the following:

Vanessa Galbreath, 2201 E. 13th Street N, Wichita, KS 67214

A copy of the proposed subpoena is attached.

                                  /s/ J. Steven Pigg
                                  J. Steven Pigg         #09213
                                  FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
                                  3550 S.W. 5th St.
                                  Topeka, KS 66606
                                  (785) 232-7761 / (785) 232-6604 – fax
                                  E-mail: spigg@fisherpatterson.com
                                  **Attorney for Defendants**

                                  and

{T0462543}                                     1

JENNIFER L. MAGAÑA, #15519
City Attorney
SHARON L. DICKGRAFE  #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681 / (316) 268-4335 – fax
Email:  sdickgrafe@wichita.gov
**Attorneys for Defendant City of Wichita**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rick E. Bailey
CONLEE, SCHMIDT & EMERSON, LLP
200 W. Douglas, Suite 300
Wichita, KS 67202
rbailey@fcse.net
**Attorney for Plaintiffs**

Andrew M. Stroth
Carlton Odim
ACTION INJURY LAW GROUP, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL  60606
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
*Pro Hac Vice* **Attorneys for Plaintiffs**

Alexa Van Brunt
Sheila Bedi
MACARTHUR JUSTICE CENTER
Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
a-vanbrunt@law.northwestern.edu
sheila.bedi@law.northwestern.edu
*Pro Hac Vice* **Attorneys for Plaintiffs**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

/s/ J. Steven Pigg
J. Steven Pigg
