IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LISA G. FINCH, as Co-Administrator of the
Estate of Andrew Thomas Finch, deceased, and
DOMINICA C. FINCH, as Co-Administrator of
the Estate of Andrew Thomas Finch, deceased,

      Plaintiffs,

vs.            Case No. 18-CV-01018-JWB-ADM

CITY OF WICHITA, KANSAS, WICHITA
POLICE OFFICER JUSTIN RAPP, and
SGT. BENJAMIN JONKER,

      Defendants.

## INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

A. Excerpts from deposition of Scott DeFoe

B. Excerpts from deposition of Benjamin Jonker

C. Excerpts from deposition of Justin Rapp

D. Excerpts from deposition of Dustin Fussell

E. Excerpts from deposition of David Headings

F. Excerpts from deposition of Stephens-Clark

G. Excerpts from deposition of Kyle Perry

H. Excerpts from deposition of Chris Ronen

I. Excerpts from deposition of Matthew Powell

J. Declaration of Justin Rapp

K. Powell's Axon Camera Video (to be filed conventionally)

L.  Excerpts from deposition of Kevin Kochenderfer

M.  Excerpts from deposition of Robert Jacobs

N.  Excerpts from deposition of Marc Bennett

O.  Excerpts from deposition of Blake Mumma

P.  Mumma Deposition Exhibit 80

Q.  Mumma Deposition Exhibit 76

R.  Excerpts from deposition of Gordon Ramsay

S.  Excerpts from deposition of Kevin Real

T.  Declaration of Benjamin Jonker