# Exhibit I

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LISA G. FINCH, Individually, as )
Co-Administrator of the Estate )
of Andrew Thomas Finch, )
deceased, and as Next Friend )
for her minor granddaughter, )
AF; DOMINICA C. FINCH, as )
Co-Administrator of the Estate )
of Andrew Thomas Finch, )
deceased; and ALI ABDELHADI, )
 )
              Plaintiffs, )
 )
   vs. )Case No.
 )18-CV-01018-JWB-KGS
 )
CITY OF WICHITA, KANSAS; )
JOHN DOE POLICE OFFICERS 1-10, )
 )
             Defendants. )
 )

D E P O S I T I O N

The videotape deposition of MATTHEW POWELL taken on behalf of the Plaintiffs pursuant to the Federal Rules of Civil Procedure before:

      RICK J. FLORES, CSR
      KELLEY REPORTING ASSOCIATES, LTD.
      515 South Main, Suite 108
      Wichita, Kansas  67202

a Certified Shorthand Reporter of Kansas, at 455 North Main, 13th Floor, Wichita, Sedgwick County, Kansas, on the 18th day of October, 2018, at 1:47 p.m.

Page 34

1  the call is broadcasted, and at that point we
2  decided to respond to the scene.
3  Q. You were driving; right?
4  A. Yes, sir.
5  Q. And when you say we decided to respond, did
6  you have an exchange of words with Officer
7  Rapp?
8  A. Yes, sir.
9  Q. And tell me what that was.
10    What did he say to you, what did you
11  say to him, and how did you arrive at
12  decision to respond?
13  A. Because of the position we're in, they would
14  like for us to respond to violent crime
15  situations, and we decided together that we
16  were going to respond to assist.
17  Q. Did you tell Officer Rapp, "let's go to
18  that"?
19  A. I don't remember who said let's go or -- I
20  think it was a mutual, hey, we'll go to that
21  call.
22  Q. Okay. And so you drove to the scene?
23  A. Yes, sir.
24  Q. Do you recall approaching the scene and
25  seeing officers present who had arrived there

Page 35

1  before you?
2  A. Yes, sir.
3  Q. How did you approach the scene?
4  A. We drove south on Seneca off of Kellogg. And
5  when we -- we noticed that officers were on
6  the southwest corner -- or southeast corner
7  of the intersection to the southwest of the
8  residence, we decided to group up with them
9  and we parked there.
10  Q. Okay. And when you got out of the car, did
11  you have -- did you exchange any words with
12  officers who were already on the scene?
13  A. No, sir, I don't believe so.
14  Q. Do you recall who they were?
15  A. I just remember Sergeant Jonker, sir.
16  Q. Okay. How long after you arrived at that
17  position and saw Sergeant Jonker did he tell
18  you to go to the north side?
19  A. Yes, sir.
20  Q. How long after?
21  A. I would say maybe 1 to 2 minutes, sir.
22  Q. And do you have a memory of what was
23  happening in your presence during that 1 to 2
24  minute period?
25  A. I believe officers were trying to set up a

Page 36

1  perimeter around the residence, and they had
2  advised of, possibly, someone upstairs. And
3  at that point, I was just with Officer Rapp
4  as he was gathering his rifle.
5  Q. So when you use the word officers were trying
6  to set up perimeter, do you know the
7  identities, can you identify those officers
8  who were trying to set up a perimeter?
9  A. No, sir.
10  Q. Did you take it that Sergeant Jonker was
11  supervising the effort to set up a perimeter?
12  A. Yes, sir.
13  Q. And why did you take it that he was taking on
14  that responsibility?
15  A. He was the supervisor on scene, but the first
16  thing that we do when we respond to a scene
17  is containment. So that was the first
18  objective is to contain the situation by
19  setting a perimeter.
20  Q. What I'm trying to get at is whether or not
21  that effort was being directed by an
22  individual.
23  A. I don't know --
24  Q. As opposed to whether it was happening
25  automatically.

Page 37

1  A. I don't know if Sergeant Jonker set that up,
2  no.
3  Q. Okay. You said that you were advised that
4  there was someone on the second floor.
5    How were you advised and how were the
6  other officers on the scene advised about
7  that?
8  A. I believe an officer broadcast it over the
9  radio.
10  Q. Okay. And let's talk about this radio.
11    This radio, is it similar to the one
12  that you have over your left shoulder?
13  A. It is the same one I have on.
14  Q. It's the same one. So that radio and the
15  similar radio on the other officers is the
16  device through which the radio calls
17  regarding the incidence were happening?
18  A. Yes, sir.
19  Q. What were you doing during that 1 to 2 minute
20  period before -- right after you arrive at
21  the scene and before you went to the north
22  side?
23  A. Awaiting instructions, sir.
24  Q. And were you awaiting instructions while
25  shadowing Officer Rapp, who was getting his

10 (Pages 34 to 37)

Page 98

1  A. Just right above my right ear.
2  Q. And so the camera points to whatever
3     direction your head is pointed?
4  A. Yes.
5  Q. You said you reviewed the video of your Axon
6     camera a day or so afterwards?
7  A. Yes, sir.
8  Q. Did it appear that there was any modification
9     to you in what the camera showed from what
10    you had seen?
11 A. No, sir.
12 Q. And so does the camera provide -- it shows,
13    essentially, what you saw.
14       Would that be correct?
15 A. Yes, sir.
16 Q. So anybody could look at that and
17    interpret -- have their interpretation of
18    what you saw?
19 A. Yes, sir.
20 Q. And if it shows that the hand really
21    wasn't -- the right hand, when it went down
22    or back, really wasn't visible grasping a
23    doorknob, then you couldn't have seen that,
24    could you?
25 A. Correct.

Page 99

1  Q. Even though you're, in your mind, a hundred
2     percent certain in what you saw, if it shows
3     you didn't see that, you couldn't have seen
4     it; correct?
5  A. Correct. What I was -- my interpretation of
6     what I saw is what I saw when I was on scene.
7     It's not based off the Axon.
8  Q. But the camera saw the same thing that you
9     saw?
10 A. Yes, sir.
11 Q. And anybody can look at what the camera saw?
12 A. Yes, sir.
13 Q. And Officer Powell, he's to your left, so
14    he's a little more to the right of where
15    Mr. Finch was; correct?
16 A. You mean Officer Rapp?
17 Q. What'd I say?
18 A. Officer Powell.
19 Q. Thank you. Let me try that again.
20       Officer Rapp is to your left?
21 A. Yes, sir.
22 Q. So he's more situated to the right side of
23    Mr. Finch than you were?
24 A. Yes, sir.
25 Q. So he's got a slightly different angle than

Page 100

1     you had and what you were seeing?
2  A. Yes, sir.
3        MR. PIGG: And now I'll say no
4     further questions now that I have the mic. I
5     don't have any other questions.
6        REDIRECT EXAMINATION
7  BY MR. ODIM:
8  Q. Quick question: What is the focal length of
9     the Axon camera that you were wearing?
10 A. What do you mean by focal length, sir?
11 Q. Do you know what a focal length is?
12 A. No, sir.
13 Q. Do you know whether or not the photons
14    registered by the Axon camera are exactly the
15    same photons registered by your eye?
16 A. I don't know what you're trying to explain,
17    sir.
18 Q. The camera is not your eye; correct?
19 A. Corect.
20 Q. And you would agree, without having to be a
21    scientist, that what is -- what your eye sees
22    is not exactly what the camera sees?
23       MR. PIGG: Object to form; it's
24    leading, lack of foundation.
25 A. I can say that it sees the same picture, but

Page 101

1     my interpretation can be different than what
2     other people see.
3  Q. Did the Axon camera see colors?
4  A. Yes, sir.
5  Q. Did it see the same array of colors that you
6     saw?
7  A. Yes, sir.
8  Q. And that same array of colors are observed on
9     the -- on the video?
10 A. Yes, sir.
11 Q. Are you saying now that your -- what you saw
12    is not what you saw?
13 A. I'm saying what I saw is what I saw.
14 Q. Okay. And are you saying that what the
15    camera saw is what you saw?
16 A. Well, if it comes to what -- what I saw is
17    whatever was on the camera, but someone can
18    interpret that differently from what I
19    interpreted.
20 Q. I'm saying are you saying that what you saw
21    is what the camera saw?
22       MR. PIGG: Objection; it's asked
23    and answered.
24 A. What I saw was what was on the camera, yes,
25    sir.