# Exhibit L

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
 2

 3

 4   LISA G. FINCH, Individually, as    )
     Co-Administrator of the Estate     )
 5   of Andrew Thomas Finch,            )
     deceased, and as Next Friend       )
 6   for her minor granddaughter,       )
     AF; DOMINICA C. FINCH, as          )
 7   Co-Administrator of the Estate     )
     of Andrew Thomas Finch,            )
 8   deceased; and ALI ABDELHADI,       )
                                        )
 9                    Plaintiffs,       )
                                        )
10        vs.                           )Case No.
                                        )18-CV-01018-JWB-KGS
11   CITY OF WICHITA, KANSAS;           )
     JOHN DOE POLICE OFFICERS 1-10,     )
12                                      )
                      Defendants.       )
13                                      )

14

15

16                     D E P O S I T I O N

17

18        The videotape deposition of KEVIN L. KOCHENDERFER

19   taken on behalf of the Plaintiffs pursuant to the Federal

20   Rules of Civil Procedure before:

21              RICK J. FLORES, CSR
                KELLEY REPORTING ASSOCIATES, LTD.
22              515 South Main, Suite 108
                Wichita, Kansas  67202
23

24   a Certified Shorthand Reporter of Kansas, at 455 North

25   Main, 13th Floor, Wichita, Sedgwick County, Kansas, on

26   the 25th day of April, 2019, at 2:04 p.m.

27
```

### Page 78

1  with X amount of education to apply for a
2  sergeant, I think it's after seven years.
3  And then as a lieutenant, it's even higher.
4  So no, I mean, not right away.
5  Q. So officers who are in those positions will
6  necessarily be experienced officers?
7  A. Correct.
8  Q. And they'll be experienced and having been
9  trained for all of those years of experience?
10 A. Correct.
11 Q. And will be experienced in reading and
12 understanding WPD policies?
13 A. Yes.
14 Q. So it's not necessary to train them
15 specifically on each word in each policy, is
16 it?
17 A. No.
18 Q. Or each sentence in each policy?
19 A. No.
20 Q. Is it expected that officers will use their
21 common sense and their experience in
22 reviewing the policies?
23 A. Yes.
24       MR. PIGG: I don't have any other
25 questions at this time.

### Page 79

1       REDIRECT EXAMINATION
2  BY MR. BAILEY:
3  Q. Then why are you doing the training you're
4  doing now for supervisors?
5  A. It started with to update the training that
6  we're doing, to bring the new training to the
7  recruits, bring the training to the recruits,
8  which we did. The test case scenario was the
9  class -- there's a class that's in field
10 training on the street right now. We tried
11 it out and it worked. It was simplified
12 enough to where it wasn't overloading them
13 and they did very well with it.
14      Well, the problem was their field
15 training officers and the officers that
16 they're working with on the street now don't
17 know that type of training. So we tried to
18 get the whole department on to the techniques
19 that we're teaching today and have been for
20 the last month and a half. With that comes a
21 different realm of responsibility that
22 supervisors need to be aware of. And from
23 the questions that -- and the e-mails that
24 other -- my colleagues, other supervisors
25 were asking me about, we were able to obtain

### Page 80

1  a second day for the -- for the training.
2  And in that second day, so we could stretch
3  out the first day and the second day longer
4  to pull the supervisors out of doing the reps
5  with their officers, once they got the basics
6  in how to manage a scene, with the new
7  techniques and stuff that we're teaching
8  them, you know, and were they perfect before,
9  no. You know, did they need some work.
10 Everybody did, because they're all under, you
11 know -- I mean, I'm the grader, you know, and
12 this is what I'd like to see. So when I'm on
13 vacation and my number two is running it,
14 it's going to work the same way for him.
15 That's the way that I've brought him up under
16 it. You know, and I would like to think that
17 it's the safest, easiest, most productive way
18 to do things. So that's why we did a whole
19 overhaul revamp on things to make sure we
20 covered all bases 'cause I thought needed it.
21      MR. BAILEY: No further
22 questions.
23      RECROSS-EXAMINATION
24 BY MR. PIGG:
25 Q. How long does it take SWAT to arrive at a

### Page 81

1  scene once SWAT is actually called out?
2  A. 45 minutes to an hour depending on where it
3  is, depending on -- we should always have
4  somebody that's on duty at some point. Some
5  guys work nights, some work days, some work
6  afternoons, but we have to send people to
7  where the vehicles are staged at 'cause all
8  the equipment and stuff, the robots and the
9  drones and everything are stored at a
10 different -- are stored at a different
11 facility.
12      So when a supervisor calls me and
13 tells me hey, we need SWAT, I'll do it in a
14 wave. There's an orchestrated way that I'll
15 do it. I'll text or call the guys that
16 usually get the trucks to get them going
17 quicker 'cause it doesn't do us any good to
18 show up and not have any gear and just stand
19 around. And so, I mean, the earliest is
20 usually about 45 minutes. An hour is more
21 likely.
22      MR. PIGG: Thank you. Nothing
23 further.
24      MR. BAILEY: Nothing further.
25      VIDEOGRAPHER: Off the record at