# Exhibit Q



| Wichita Police Department Policy Manual | Page 1 of 3 |
|---|---|
| Approved by: | Maintained by: Investigations |
| Policy 904 –Member Involved Incidents | Issue/Rev.: R 12-05-2016 |

904.01   When a member of the Wichita Police Department is involved in police action that resulted in, or could have resulted in, serious injury or death, including critical or fatal traffic accidents, the Wichita Police Department will initiate a criminal investigation.

904.02   The Chief of Police or Duty Chief may contact an outside law enforcement agency and request they conduct or assist in the criminal investigation involving a departmental member.  Independent agencies such as the District Attorney's Office, the Kansas Bureau of Investigation or the Sedgwick County Sheriff's Office may be utilized in such cases.  The Kansas Highway Patrol assisted by the Wichita Police Department's Accident Follow-up Unit (AFU) and Critical Accident Teams (CAT) will investigate traffic fatalities or critical injury accidents that involve a member of the Wichita Police Department.

904.03   When the Chief of Police or Duty Chief requests the KBI and/or KHP conduct the investigation, they become the primary investigative agency.

904.04   The 911 Supervisor will notify the Police Chief, Duty Chief, Persons Crimes Bureau Commander, Property Crimes Bureau Commander, Professional Standards Bureau Commander, the WPD legal advisor, the Captain of the bureau the incident occurred in and the on-call Persons Crimes Lieutenant on all incidents involving death cases.  The Bureau Commander and on-call Persons Crimes Lieutenant will respond and assist in the investigation.  The on-call Persons Crimes Lieutenant will bring in additional personnel resources as necessary.  On traffic accident related incidents, the Accident Follow-up Unit will be notified and respond to assist in the investigation.

904.05   Upon request from the Duty Chief, the Persons Crimes Bureau Commander or the on-call Lieutenant, the 911 Supervisor will notify the Special Agents from the Kansas Bureau of Investigation, the City of Wichita Law Department, the investigator(s) from the Eighteenth Judicial District Attorney's Office and/or the Kansas Highway Patrol.

904.06   If the member involved in the actions resulting in serious injury or death is not injured, a supervisor or his/her designee will remain with the member until the member is on the 6th floor.  Once on the 6th floor an Investigations Division Supervisor or his/her designee will monitor the member involved.

904.07   In cases involving police use of firearms, the involved officers will re-holster their duty weapon once the tactical situation is resolved and leave it there.  Additional handling of the weapon could result in the loss of evidence and/or give the appearance of tampering.  Any specialty firearm (weapons used by the SWAT Team) will be secured by the SWAT Team supervisor.

904.08   Supervisors will direct the officers not to unload or reload their weapons; however supervisors will allow the officers to maintain control of their weapon until their arrival in the Investigations Division, where it will be collected by a member of the investigative team.

   A.   Exceptions:

      1.   The officer is injured or unable to maintain control of the weapon.

      2.   Evidence will be destroyed or irrevocably damaged if the weapon is not immediately collected.

      3.   The supervisor believes the officer committed a criminal act.

   B.   In the event a weapon is taken at the scene, the supervisor taking custody of the firearm will be responsible for submitting it as physical evidence, with assistance from Crime Scene Investigators as necessary.

904.09   In most cases the Officer will be issued a replacement firearm by the Professional Standards Bureau, prior to being dismissed from the Investigations Division.

904.10   Throughout the criminal investigative process, departmental employees will be afforded the same regard for due process and their constitutional rights that is afforded to all citizens.

904.11   Members who are determined to be witnesses:

   A.   Will be notified of their witness status by the case investigators.

   B.   Will be notified that this is a criminal investigation, not an administrative one.

   C.   Will not be advised of their Miranda rights unless the known facts change, implicating them as a suspect.

   D.   Will not be given the opportunity to speak with an attorney.


Mumma
EXHIBIT NO. 76
DATE 4-18-19
Kelley, York & Associates

    E.   Will not be allowed to have union representation present during the criminal investigation.

    F.   Will answer all questions asked by investigators, completely and to the best of their ability.

    G.   May be required to provide a written or recorded report. (However, in most cases their interview transcript will suffice as their report).

    H.   Will have the opportunity to talk with members of the Critical Incident Stress Management Team (CISMT) during and after the investigative process.

904.12   Members directly involved in police action resulting in serious injury or death:

    A.   Will be notified that this is a criminal investigation, not an administrative one.

    B.   Will be notified of their suspect or focus status by the case investigators.

    C.   Will not be allowed to have union representation present during the criminal investigation.

    D.   Will not provide a written or recorded report, the interview transcript will suffice as their report.

    E.   May be advised of their Miranda rights by a supervisor or lead detective.

    F.   Will not be expected to waive their rights because of his/her employment by the department.

904.13   Members directly involved in police action resulting in serious injury or death who waive their rights will be interviewed as part of the criminal investigation.

904.14   Members directly involved in police action resulting in serious injury or death who invoke their right to remain silent will not be interviewed as part of the criminal investigation.

904.15   Members of the Wichita Police Department will not routinely be given the opportunity to return to crime scenes, view
R       photographs, video, etc., before giving their statement.

    A.   The Investigations Supervisor has the discretion to allow some crime scene photos to be viewed during the interview process.

    B.   Prior to the conclusion of the interview process, the investigator will review the body-worn camera video with the focus officer or witness officer. [see Policy 716]

    C.   Conferring with others involved in the incident prior to giving a formal statement or any course of action that tends to discredit the investigation is prohibited.

904.16   Investigation personnel will contact any member involved in police action that resulted in serious death or injury when the interview transcript is completed and ready for review. Personnel are strongly encouraged and may be mandated by Investigations personnel to review their interview transcript.

CRITICAL INCIDENT STRESS MANAGEMENT TEAM (CISMT) INVOLVEMENT
904.17   The Bureau Commander or higher may activate the CISMT.

    A.   Members of the CISMT may be called to provide support to members involved in police action resulting in serious injury or death.

    B.   Debriefings with members will be limited to a support role, to include peer support, assistance in contacting family members, explanation of Policy 204 and Policy 904, or other non-investigative matters. CISM Team members will not discuss the specifics of the incident with the member.

    C.   Discussions between members and CISMT personnel are not privileged.

    D.   CISMT members are not to provide advice concerning the employee's response to the criminal investigation.

    E.   CISMT members will not write reports or take notes in regards to their duties as a member of the CISMT.

BARGAINING UNIT INVOLVEMENT
904.18   Members of the Department who have been involved in a critical incident may contact, or ask that their bargaining unit be contacted.

    A.   A member of the bargaining unit will be allowed to talk with the involved member(s) for a brief period of time.

    1.   Debriefings with members will be limited to a support role, to include peer support, assistance in contacting family members and legal counsel, or other non-investigative matters. Bargaining unit members will not discuss the specifics of the incident with the member.

    2.   Discussions between members and the bargaining unit members are not privileged.

    3.   If more than one Department member is involved, a separate member of the bargaining unit should talk to each involved member.

  B.  Bargaining unit members will contact the Investigations Supervisor when they arrive and inform the Supervisor they are acting as a member of the bargaining unit not as part of the investigative process. They will also inform the Supervisor when they leave.

904.19   Criminal investigations will take precedence over administrative internal investigations.

904.20   At the direction of the Chief of Police or Duty Chief, personnel from the Professional Standards Bureau will conduct an administrative investigation.

904.21   Wichita Police Department supervisors may request that Investigations personnel initiate investigations into situation that do not meet the requirements set forth in 904.01. Examples of such situation include injury caused by police actions that leads to hospitalization or loss of property by unknown means. The supervisor requesting the investigation will notify his/her supervisor and the Duty Chief will also be made aware of the request.