# Exhibit T

## **DECLARATION OF BENJAMIN JONKER**

I, Benjamin Jonker, declare the following facts are true to the best of my knowledge, information and belief.

1. My name is Benjamin Jonker. I am employed as a police sergeant by the City of Wichita.

2. I was the on-scene supervisor at 1033 W. McCormick at the time Andrew Finch was shot on December 28, 2017.

3. In December 2017, only Field Services supervisors and SWAT members had access to bean bag or foam round shotguns. When asked at my deposition, I was unsure when other officers received training on these weapons. I have confirmed that the first class of patrol officers to be trained on these weapons was later, in February 2018.

4. In December, 2017, I understood that any officer involved shooting would be investigated and reviewed both criminally and administratively and that officers could be prosecuted criminally and disciplined internally for unlawful actions or violations of training or policy.

5. I did not take any action or fail to take any action on December 28, 2017 because of any belief or understanding that my conduct would not be investigated and reviewed or any perception that the Wichita Police Department would not discipline me or other officers for unlawful conduct or violations of policy or training. I did not have any such perception.

The foregoing information is based upon my personal knowledge. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this **2** day of **December**, 2019.

_____
BENJAMIN JONKER

{T0464570}                                    1