# Exhibit J

## **DECLARATION OF JUSTIN RAPP**

I, Justin Rapp, declare the following facts are true to the best of my knowledge, information and belief.

1. My name is Justin Rapp. I am employed as a police officer by the City of Wichita.

2. On December 28, 2017, I responded to a radio dispatch that a man had shot his father in the head and was holding his mother and brother hostage at a residence at 1033 W. McCormick Avenue in Wichita, Kansas.

3. As a perimeter was being set up by law enforcement around the residence, I was stationed across the street from the front of 1033 W. McCormick with a rifle to provide cover for other officers.

4. Less than a minute after I was in position, an adult male opened the front door to the residence and stepped partially through the threshold. Other officers commanded the male to raise his hands. Although he initially partially raised his hands, he then lowered them, took a step back, turned toward officers who were located to his right, dropped his shoulder and his hand either down to his side or behind his back to where handguns are often carried. The male the quickly raised his right arm toward the officers.

5. I perceived the male to be the suspect who had shot his father and who was holding hostages at gunpoint. I perceived his actions in disregarding commands to raise his hands and his movements which appeared to be the same as drawing a handgun to, in fact, be drawing a handgun and raising it to shoot at the officers to his right. I fired one shot to protect the other officers from what I believed to be imminent danger of serious injury or death.

{T0464569}                                              1

6. My decision to shoot was based upon the information that I had and the actions of the male, later learned to be Andrew Finch.

7. I was aware that the policies of the Wichita Police Department permit officers to use lethal force only when reasonable officers would believe that such force is necessary to prevent death or great bodily harm to the officer or another person.

8. Before December 28, 2017, I was aware that the Department investigates and reviews all incidents in which an officer employs lethal force. I was also aware that the District Attorney reviews all incidents of use of lethal force by a Wichita police officer to evaluate whether to file criminal charges. I understood that the Wichita Police Department would impose discipline, up to and including termination, if an officer used unnecessary or excessive force.

9. My split-second decision to shoot was not caused or affected by any belief that the Wichita Police Department would not hold me accountable for violations of policy or training. To the contrary, I understood, and understand, that the Wichita Police Department disciplines officers who use unreasonable force.

The foregoing information is based upon my personal knowledge. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of December, 2019.

_____
JUSTIN RAPP

{T0464569}                                        2