IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LISA G. FINCH et al.                )
            Plaintiff(s)         )
vs.                                 )     Case No. 18-cv-1018-JWB-ADM
                                    )
CITY OF WICHITA, KANSAS et al.      )
            Defendant(s).       )

**PLAINTIFFS' INDEX OF EXHIBITS FOR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. Deposition Transcript Excerpts of Plaintiffs' Expert Scott DeFoe
2. Deposition Transcript Excerpts of WPD Sergeant Benjamin Jonker
3. Deposition Transcript Excerpts of WPD Officer Justin Rapp
4. Deposition Transcript Excerpts of Sedgwick County Sheriff's Deputy David Headings
5. Deposition Transcript Excerpts of WPD Officer Kyle Perry
6. AXON Body Camera Video of WPD Sergeant Benjamin Jonker (filed conventionally and under seal)
7. AXON Body Camera Video of WPD Officer Dustin Fussell (filed conventionally and under seal)
8. Deposition Transcript Excerpts of Sedgwick County Sheriff's Deputy Noah Stephens-Clark
9. Deposition Transcript Excerpts of WPD Officer Christopher Ronen
10. Deposition Transcript Excerpts of WPD Officer Jaime Schepis
11. Deposition Transcript Excerpts of WPD Officer Dustin Fussell
12. 03/04/19 Expert Report of Scott DeFoe
13. Transcript of Preliminary Hearing, *Kansas v. Barriss* (under seal)
14. Deposition Transcript Excerpts of WPD Officer Matthew Powell
15. AXON Body Camera Video of WPD Officer Julian Galan (filed conventionally and under seal)

16. WPD Policy 602 - Barricaded Suspect, Sniper and Hostage Situations; SWAT Procedures

17. WPD S.W.A.T. Standard Operating Procedures (SOPs)

18. Deposition Transcript Excerpts of WPD Lieutenant Kevin Kochenderfer

19. 07/28/19 Supplemental Expert Report of Scott DeFoe

20. Deposition Transcript Excerpts of KBI Agent Robert Jacobs

21. Deposition Transcript Excerpts of WPD Detective Michael Amy

22. Deposition Transcript Excerpts of WPD Chief Gordon Ramsay

23. Deposition Transcript Excerpts of Sedgwick County District Attorney Marc Bennett

24. WPD Regulation 4.0 – Weapons/Use of Force Requirements

25. WPD Policy 901 – Administrative Internal Investigations

26. Ramsay Dep. Ex. 106 – Wichita Police Department Organizational Assessment

27. 01/29/18 WPD Finch Incident Report – 17C088615 (under seal)

28. 12/29/17 Sedgwick County Autopsy Report for Andrew Finch

29. WPD Policy 519 - Mentally Ill Persons/Crisis Intervention Team ("CIT Policy")

30. Deposition Transcript Excerpts of 1033 W. McCormick Resident Ali Abdelhadi

31. 04/12/18 Report of DA Marc Bennett re Finch Shooting

32. WPD Professional Standards Bureau (PSB) Report - #17PSB-3347, Finch Shooting (under seal)

33. Deposition Transcript Excerpts of Rule 30(b)(6) Witness, WPD Lieutenant Blake Mumma

34. WPD PSB Report - #14PSB-0769, Zehring Shooting (filed under seal)

35. WPD PSB Report - #14PSB-1685, Randolph Shooting (filed under seal)

36. Deposition Transcript Excerpts of WPD Detective Lance Oldridge

37. WPD PSB Report - #17PSB-1940, Ortiz Shooting (filed under seal)

38. WPD PSB Report - #17PSB-0577, Perry Shooting (filed under seal)

39. Deposition Transcript of WPD Detective Francois Do

40. WPD PSB Report - #15PSB-1272, Smith Shooting (filed under seal)

41. Deposition Transcript of WPD Sergeant Dan Harty (filed under seal)

42. WPD PSB Report - #15PSB-0020, Quintero Shooting (filed under seal)

43. WPD PSB Report - #15PSB-2620, Garner Shooting (filed under seal)

44. WPD PSB Report - #15PSB-3850, Reed Shooting (filed under seal)

45. WPD PSB Report - #16PSB-2539, Villa Shooting (filed under seal)

46. WPD PSB Report - #17PSB-0817, Johnston Shooting (filed under seal)

47. WPD PSB Report - #17PSB-3348, Martinez Shooting (filed under seal)

48. WPD PSB Report - #14PSB-0386, Richard shooting (filed under seal)

49. Deposition Transcript Excerpts of WPD Detective Kevin Real

50. WPD PSB Report - #17PSB-3349, Orme Shooting (filed under seal)

51. WPD PSB Report - #16PSB-2228, Mitchell Shooting (filed under seal)

52. WPD FOP Agreement on Grievance (filed under seal)

53. Deposition Transcript Excerpts of WPD Detective Joseph Pichler

54. WPD Policy 716 - Body-Worn Cameras

55. Mumma Dep. Ex. 77 - List of WPD Shootings in Past Five Years (filed under seal)