# EXHIBIT 14

Lisa G. Finch, et al. vs. City of Wichita, Kansas

Case No. 18-cv-1018-JWB-ADM

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

January 14, 2020

```
          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF KANSAS


LISA G. FINCH, Individually, as    )
Co-Administrator of the Estate     )
of Andrew Thomas Finch,            )
deceased, and as Next Friend       )
for her minor granddaughter,       )
AF; DOMINICA C. FINCH, as          )
Co-Administrator of the Estate     )
of Andrew Thomas Finch,            )
deceased; and ALI ABDELHADI,       )
                                   )
              Plaintiffs,          )
                                   )
                                   )
     vs.                           )Case No.
                                   )18-CV-01018-JWB-KGS
                                   )
CITY OF WICHITA, KANSAS;           )
JOHN DOE POLICE OFFICERS 1-10,     )
                                   )
              Defendants.          )
                                   )
```

D E P O S I T I O N

The videotape deposition of MATTHEW POWELL taken on behalf of the Plaintiffs pursuant to the Federal Rules of Civil Procedure before:

        RICK J. FLORES, CSR
        KELLEY REPORTING ASSOCIATES, LTD.
        515 South Main, Suite 108
        Wichita, Kansas  67202

a Certified Shorthand Reporter of Kansas, at 455 North Main, 13th Floor, Wichita, Sedgwick County, Kansas, on the 18th day of October, 2018, at 1:47 p.m.

## Page 18

1  A.  I believe he was in the threshold of the
2      door, sir.
3  Q.  Okay. Would you take it from me that you
4      used the phrase in your earlier interview,
5      day after the -- or the day of the incident,
6      you used the phrase you -- I had a, quote,
7      complete view of him?
8  A.  I had a -- yes, I'll take your word for it.
9  Q.  You saw very clearly Finch use his right hand
10     and attempt to touch the doorknob of the
11     house; correct?
12 A.  That was my interpretation, sir, yes.
13 Q.  And you saw him trying to struggle to get
14     back into the house after he had come out?
15 A.  Yes, sir.
16 Q.  And you saw that after he had placed his hand
17     on the doorknob; correct?
18 A.  Yes, sir.
19 Q.  And you also interpreted his movements in
20     attempting to go back into the house as being
21     the result of his, quote, being startled by
22     the presence of officers; isn't that correct?
23 A.  Yes, sir.
24 Q.  And you knew he was -- you came to that
25     conclusion because there were officers who

## Page 19

1      had not announced themselves in Finch's
2      presence; correct?
3            MR. PIGG:  Object to form;
4      leading.
5  A.  No, I do not believe, sir, no.
6  Q.  Okay. You believed he was startled because
7      he was being given conflicting commands by
8      the various officers who were present;
9      correct?
10           MR. PIGG:  Objection; leading.
11 A.  I believe he was startled by being given
12     commands.
13 Q.  Let's talk about those commands.
14 A.  Yes, sir.
15 Q.  Do you recall any of the commands that
16     Mr. Finch was being given?
17 A.  I recall two commands, sir.
18 Q.  And what were those?
19 A.  Show us your hands, and walk this way.
20 Q.  And do you recall who gave the "show us your
21     hands" command?
22 A.  I do not believe who gave the "show us your
23     hands" command, but I believe that Sergeant
24     Jonker gave the "walk this way" command.
25 Q.  And do you recall how many times a command,

## Page 20

1      either the "show us your hands" or "walk this
2      way" command was given to Mr. Finch?
3  A.  I know "show us your hands" was given once.
4      The show us your -- I mean sorry.  I
5      apologize.  The "walk this way" was given
6      that command once by Sergeant Jonker.  The
7      "show us your hands", I believe it was given
8      maybe twice.
9  Q.  You never gave a command to Mr. Finch;
10     correct?
11 A.  No, sir.
12 Q.  And in fact, your presence on the scene was
13     being supervised by Officer Jonker?
14 A.  Sergeant Jonker, sir.
15 Q.  Sergeant Jonker; correct?
16 A.  Yes, sir.
17 Q.  You were not a -- you didn't have a rifle
18     with you; correct?
19 A.  No, sir.
20 Q.  You were observing the scene; correct?
21 A.  Yes, sir.
22 Q.  How did you get to your -- the location that
23     you have charted in Powell Exhibit 65?
24     How did you get to that location?
25 A.  Would you like me to draw, sir?

## Page 21

1  Q.  Well, I mean, generally, I mean, how did you
2      know to go to that location, which is the
3      north -- which is the -- the north side of
4      the -- is that correct?
5  A.  Yes, sir.
6  Q.  The north side of the incident scene, how did
7      you get there?
8  A.  We used the crosswalk to cross at the
9      intersection of Seneca and McCormick.  After
10     we passed to the north side of the
11     intersection, we walked east to that
12     location.
13 Q.  Sergeant Jonker told you to go there;
14     correct?
15 A.  Yes, sir.
16 Q.  And that's the only reason you went there?
17 A.  Yes, sir.
18 Q.  And when you got there, did Sergeant Jonker
19     give you any other instructions before the
20     shooting?
21 A.  I do not believe so, sir.
22 Q.  And it's true that Officer Rapp gave you no
23     instructions while you were at the north side
24     location?
25 A.  That's correct, sir.

### Page 22

| | | |
|---|---|---|
| 1 | Q. | You never saw a gun in Mr. Finch's right |
| 2 | | hand, did you? |
| 3 | A. | No, sir. |
| 4 | Q. | You know what a gun looks like. |
| 5 | | That's a softball question. |
| 6 | A. | Yes, sir. |
| 7 | Q. | And we're talking about handguns here; right? |
| 8 | | You didn't see a handgun in his hand |
| 9 | | or any other kind of weapon? |
| 10 | A. | I did not see any kind of weapon in his right |
| 11 | | hand, sir. |
| 12 | Q. | Fair to say that if you had seen a weapon in |
| 13 | | his hand, a gun, in this case you would have |
| 14 | | done something with that information? |
| 15 | A. | What do you mean by done something -- done |
| 16 | | something? |
| 17 | Q. | Well, let me ask it this way: What would you |
| 18 | | have done had you seen a gun in his hand? |
| 19 | A. | If you're asking if I would have shot, the |
| 20 | | answer is probably no, because my role in |
| 21 | | that situation was covering Officer Rapp. |
| 22 | Q. | You also couldn't have shot because you had a |
| 23 | | handgun which wouldn't have reached that far; |
| 24 | | correct? |
| 25 | A. | It would have reached that far. |

### Page 23

| | | |
|---|---|---|
| 1 | Q. | It would have reached that far. Okay. |
| 2 | | So you could have shot, but you |
| 3 | | wouldn't have because you were in a |
| 4 | | supportive role? |
| 5 | A. | Yes, sir. |
| 6 | Q. | Watching Rapp? |
| 7 | A. | Yes, sir. If I may add on to that, sir? |
| 8 | Q. | Sure. |
| 9 | A. | To add on to that, the reason, also, why I |
| 10 | | would not have shot is because handguns at |
| 11 | | that range are not as accurate as a patrol |
| 12 | | rifle would have been. And we are trained in |
| 13 | | the academy that we are accountable for each |
| 14 | | bullet that we shoot. And having said that |
| 15 | | the handgun is not as accurate, I did not |
| 16 | | know what was in the background of Mr. Finch, |
| 17 | | so I did not want to take that risk in |
| 18 | | harming someone else if it had to happen that |
| 19 | | we did shoot. |
| 20 | Q. | But, thankfully, you didn't see a gun in |
| 21 | | Finch's hand so you didn't have to worry |
| 22 | | about the handgun issue; correct? |
| 23 | A. | Yes, sir. |
| 24 | Q. | Now when Sergeant Jonker directed you to go |
| 25 | | to the north side of the scene -- of the |

### Page 24

| | | |
|---|---|---|
| 1 | | incident scene, did he, just prior to that or |
| 2 | | just after that, describe to you a plan of |
| 3 | | action for handling the situation that you |
| 4 | | are being confronted with? |
| 5 | A. | I do not recall a plan being said to me. |
| 6 | Q. | Okay. Tell me everything that you recall |
| 7 | | Sergeant Jonker telling you right before he |
| 8 | | told you to go to the north side up till the |
| 9 | | shooting? |
| 10 | A. | I do not believe he instructed me to do |
| 11 | | anything. I know that he was speaking with |
| 12 | | other officers, but his -- from what I |
| 13 | | recall, the only order he gave me was to |
| 14 | | follow him to the north side. |
| 15 | Q. | Okay. Did Sergeant Jonker have any -- |
| 16 | | exchange any words with you after he told you |
| 17 | | to go to the north side up to the point of |
| 18 | | the shooting? |
| 19 | A. | I do not recall, sir. |
| 20 | Q. | Did Officer Rapp talk with you at all from |
| 21 | | the point that Sergeant Jonker told you to go |
| 22 | | to the north side to the point of the |
| 23 | | shooting? |
| 24 | A. | No, sir. |
| 25 | Q. | Did you talk to any officer from the point -- |

### Page 25

| | | |
|---|---|---|
| 1 | | any person from the point Sergeant Jonker |
| 2 | | told you to go to the north side up to the |
| 3 | | point of the shooting? |
| 4 | A. | I do not believe so, sir, no. |
| 5 | Q. | It's true that you were looking at Mr. Finch |
| 6 | | when he was shot? |
| 7 | A. | Yes, sir. |
| 8 | Q. | You were looking at Mr. Finch in the moments |
| 9 | | before he was shot; correct? |
| 10 | | MR. PIGG: Objection; leading. |
| 11 | A. | I was looking at him in the moments before |
| 12 | | when he exited, yes. |
| 13 | Q. | Okay. It's true that you were looking at |
| 14 | | Mr. Finch from the moment he exited the house |
| 15 | | until the moment he was shot? |
| 16 | | MR. PIGG: Objection; leading. |
| 17 | A. | I was -- it was brought to my attention |
| 18 | | that -- by Officer Rapp that someone was |
| 19 | | exiting. At that point, I had directed my |
| 20 | | attention to the front door, yes. |
| 21 | Q. | And so -- so you saw Mr. Finch as he came out |
| 22 | | of the house? |
| 23 | A. | Yes, sir. |
| 24 | Q. | And your eye was on Mr. Finch at least from |
| 25 | | that point until the shooting? |

7 (Pages 22 to 25)

Page 26

1  A.  Yes, sir.
2  Q.  And it's true that Mr. Finch did nothing to
3      threaten you, personally, during the time
4      that your eyes were on him?
5  A.  From what I saw, no, he did not threaten me.
6  Q.  It's also true that Mr. Finch did nothing to
7      threaten any of the other officers who were
8      on the scene and who you were aware of from
9      the time your eyes -- during the time your
10     eyes were on him?
11         MR. PIGG:  Objection; leading.
12 A.  I can't speak for other officers so I can't
13     interpret what they saw, sir.
14 Q.  Fair to say you did not perceive a threat to
15     any other officer during the time your eyes
16     were on Mr. Finch?
17         MR. PIGG:  Objection; leading.
18 A.  I don't think I can interpret what other
19     officers see.  From what I saw, he was not a
20     danger to me.
21 Q.  I'm asking what your interpretation is about
22     other -- about your observation of the scene
23     and whether or not you perceived, you, alone,
24     perceived Mr. Finch to be a threat to anyone
25     other than yourself?

Page 27

1  A.  I believe that he was a threat to the people
2      that were possibly inside the residence based
3      on the call we were on.
4  Q.  Okay.  And -- but you didn't perceive him to
5      be a threat to any of the officers who were
6      on the scene; correct?
7  A.  Not from what I saw, no.
8  Q.  Now it's a fact you observed that Officer
9      Rapp turned the light that he had on his
10     rifle on only after the shooting; correct?
11 A.  I don't remember him having a light, sir.
12 Q.  Okay.  You had a light at some point during
13     this incident?
14 A.  Yes, sir.
15 Q.  It was a flashlight?
16 A.  Yes, sir.
17 Q.  You used that flashlight after the shooting?
18 A.  Yes, sir.
19 Q.  I suppose most of the questions you have
20     answered today imply that you are an officer
21     with the Wichita Police Department; correct?
22 A.  Yes, sir.
23 Q.  When did you first become an officer with the
24     WPD?
25 A.  I believe September of 2012.

Page 28

1  Q.  And have you been in the same position with
2      the PD since then?
3  A.  Do you mean just as an officer?
4  Q.  Yes.
5  A.  Yes, sir.
6  Q.  Are you a member of any of the tactical teams
7      that the Wichita Police Department has?
8  A.  What do you mean by tactical, sir?
9  Q.  Do you have any -- do you presently have any
10     duties and responsibilities on the force that
11     involve any special training?
12 A.  Yes, sir.
13 Q.  And what are those duties and
14     responsibilities?
15 A.  On the team that I am on now, which is the
16     CRT team, my responsibility is to attend to
17     crime trends and respond to violent crime
18     situations.  We also attend entry training
19     and other kind of training for officer
20     safety.
21 Q.  And the name of this team, you say, is?
22 A.  Community Response Team.
23 Q.  Do you have duties and responsibilities on
24     any other -- or for any other purpose that
25     require you to have special training?

Page 29

1  A.  No, sir.
2  Q.  The Wichita Police Department has a SWAT
3      team; correct?
4  A.  Yes, sir.
5  Q.  What is a SWAT team?
6  A.  A SWAT team responds to -- us also -- violent
7      crime situations.  They assist on search
8      warrants, barricaded suspects, and other
9      violent crime scenarios.
10 Q.  In your -- on the CRT team, do you ever have
11     occasion to work with the SWAT team?
12 A.  Yes, sir.
13 Q.  And you have in the past?
14 A.  Yes, sir.
15 Q.  How many times would you say you have worked
16     with the SWAT team in the past?
17 A.  While on the CRT team, sir?
18 Q.  Yes.
19 A.  Once.
20 Q.  Once.  Okay.  And when did you take a
21     position on the CRT team?
22 A.  Two weeks prior to the incident in December.
23 Q.  And the one time when you had occasion to
24     work with the SWAT team was when?
25 A.  About a month and a half ago.

8 (Pages 26 to 29)