# EXHIBIT 16

Lisa G. Finch, et al. vs. City of Wichita, Kansas

Case No. 18-cv-1018-JWB-ADM

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**January 14, 2020**



| | | | |
|---|---|---|---|
| Wichita Police Department Policy Manual<br>Approved by: *Norman L. Williams*<br>Policy 602 – Barricaded Suspect, Sniper and Hostage Situations<br>SWAT Procedures | Page 1 of 3<br>Maintained by:<br>Administrative Services<br>Issue/Rev.: R 02-02-2015 | Janker<br>EXHIBIT NO. 64<br>DATE 10-18-18<br>Kelley, York & Associates | |

### RESPONSIBILITIES OF FIRST OFFICER ON THE SCENE

**602.01** The first officer on the scene of a hostage, barricaded suspect, or sniper incident shall be the officer-in-charge until relieved by an officer of higher rank.

**602.02** The first officer who initially responds to a hostage, barricaded suspect, or sniper situation will be responsible for performing the following tasks as soon as possible upon arrival on the scene:

A. Stabilize the situation by isolating or containing the suspect;

B. Establish an inner-perimeter around the suspect's location to prevent his/her escape by directing other officers to strategic locations;

C. Evacuate all unauthorized persons within the inner-perimeter, utilizing whatever staffing is necessary; if it does not expose Officers to unnecessary risk.

D. Assess the need for SWAT (Special Weapons And Tactics team), Fire, or EMS response and notify the 911 dispatcher, who will immediately contact the appropriate watch commander for a decision;

E. Attempt to learn the suspect's identity, and initiate a background check in an effort to discover his/her friends/relatives, criminal history, mental history, prior employment history, or possible terrorist affiliations;

F. Attempt to obtain a sketch or floor plan of the building/location in which the suspect is located. This drawing should include all windows, doors, stairs, exits, and roof openings.

**602.03** In the event a hostage, a barricaded suspect, or sniper situation exists, and the first officers arriving at the scene believes an apprehension is possible without undue danger to themselves or others, they should proceed with that attempt; however, should the suspect or hostages be in a position inaccessible to the officers, the preceding policies will be followed.

### RESPONSIBILITIES OF THE WATCH COMMANDER

**602.04** The Watch Commander (or Acting Watch Commander) who initially responds to a hostage, barricaded suspect, or **R** sniper situation will be responsible for the following, until such time as he/she is relieved by either the Commander of the Administrative Services Bureau or the Incident Commander (Duty Chief):

A. Approve a SWAT Unit response, or respond to the scene for additional information before approving/disapproving the response;

B. Ensure that a Command Post is established in such a position that it is close enough to be effective, but also is out of the view of the suspect;

C. Ensure that both an inner- and outer-perimeter have been established and all unauthorized persons have been evacuated from both perimeters;

D. Establish the radio channel on which the incident shall be handled; a TAC channel should be utilized whenever possible for the incident.

E. Monitor movements of the suspect by placing officers in strategic locations with binoculars;

F. Appoint a recorder to log times and events for future reference purposes.

G. Obtain an Aerial map of target location utilizing GIS mapping to assist in placement of personnel.

### GENERAL PRINCIPLES OF HOSTAGE, BARRICADED SUSPECT, OR SNIPER SITUATIONS

**602.05** The primary initial concern in any hostage, barricaded suspect, or sniper situation is containment. If at all possible, do not force the suspect into a do-or-die situation. The longer the Department has to negotiate, the better the chances of a successful resolution of the incident.

**602.06** No person will be substituted for hostages.

**602.07** There will be no negotiations for weapons.

**602.08** Hostages will not be allowed to leave with the suspect, except under extreme circumstances as determined by the Commanding Officer or supervisor.

### SWAT UNIT

602.09 R  The SWAT Unit will be under the command of the Administrative Services Bureau. The SWAT Unit will consist of one unit commander the rank of Lieutenant, two team leaders, team members, medical personnel, and negotiators.

602.10  SWAT Unit members are not assigned to the SWAT Unit in full-time duty-positions. All SWAT members have primary assignments in one (1) of the Department's Bureaus. Although not on stand-by status, SWAT members are subject to call-out twenty-four (24) hours a day, seven (7) days a week, but are in pay status only after being activated.

602.11 R  The SWAT Unit, and any specially-trained hostage negotiator(s), if needed, shall answer to the Commander of the Administrative Services Bureau and/or the Incident Commander at the scene of any hostage, barricaded suspect or sniper situation.

602.12 R  The SWAT Unit Commander will provide the Emergency Communications Center and the Field Services Division Commander with a list of specially trained hostage negotiators and SWAT members who are available for response upon the request of a Watch Commander.

### SWAT CALL-OUT SITUATIONS

602.13  SWAT is available to perform certain specialized tasks which require a high degree of training, teamwork and equipment, which goes beyond the standard patrol response capability. Call-outs are strongly recommended in the following situations:

A. To neutralize and remove snipers, barricaded or hostage-holding individuals, and others who threaten public safety;

B. To respond to terrorist activities;

C. To conduct riot control;

D. To provide security for vital installations during emergency mobilizations.

### ACTIVE SHOOTING

602.14 R  In response to an active shooting situation in a business or school:

A. When notified of an active shooting situation in a school or business, dispatch will immediately make a broadcast of the situation on all channels and begin the procedure for a SWAT activation. The first arriving officers will form a contact team for rapid deployment and attempt to neutralize the suspect(s) if he/she is still harming victims. If the violence has ceased prior to the officer's arrival or during the initial deployment, the officers will contain the scene and await arrival of the SWAT Unit.

B. SWAT Unit members will be authorized to use their assigned SWAT weapon during the incident.

C. If a SWAT member is on scene during the initial incident, the SWAT member will be utilized as the team leader on the contact and rescue teams regardless of rank.

### DISCRETIONARY SWAT CALL-OUT SITUATIONS

602.15  In all other situations, call-out of the SWAT Unit is left to the discretion of the Duty Chief involved. These include:

A. Providing dignitary protection;

B. Assisting in serving selected search- and/or arrest warrants;

C. Deployment on bomb incidents when an actual explosive device is involved;

D. Any other situation, which, in the opinion of a Watch Commander, requires a controlled response to a dangerous, or potentially dangerous set of circumstances.

### SWAT CALL-OUT PROCESS

602.16 R  The call-out process for SWAT shall be as follows:

A. If the first officer on the scene feels SWAT may be needed, he/she shall notify the 911 dispatcher, who will immediately contact the appropriate Watch Commander.

B. The Watch Commander may request the call-out by radio or telephone, or may decide that the situation needs his/her on-scene scrutiny before making such a request.

C. If the Watch Commander requests the call-out, the dispatcher shall immediately:

    1. Notify the Administrative Services Bureau Commander who shall relay the information to the Duty Chief for approval.

    2. After approval, attempt to contact each SWAT member (unless specifically directed otherwise by the requesting Watch Commander, Administrative Services Commander, or Duty Chief), by either paging or telephoning SWAT Unit members;

602.17 R   After the SWAT Unit arrives on the scene, only SWAT Unit members or officers designated by either the Administrative Services Bureau Commander or the Incident Commander are allowed within the inner-perimeter. The inner-perimeter is defined as the innermost physical boundary of a crisis situation. The outer-perimeter is defined as the outermost physical boundary of a crisis situation. Only Police Department members and any persons designated by the Incident Commander are allowed within the outer-perimeter.

SWAT MEMBER SELECTION PROCESS

602.18 R   To be eligible for consideration for assignment to the SWAT Unit, an aspirant must:

    A. Have been on the WPD as a commissioned officer for at least three (3) years; and have a firearms proficiency rating average of at least eighty-five percent (85%) over the preceding three (3) years;

    B. Forward a "SWAT Application and Qualifications Questionnaire" to the Commander of the Administrative Services Bureau;

    C. Pass a physical agility test, review of his/her Professional Standards file, participate in SWAT Hi-intensity Test, and oral interview board.

602.19 R   SWAT Unit supervisors shall annually fill out a "SWAT Unit Service Assessment" for each member of his/her team. The assessment shall include a recommendation either for, or against, retaining the officer as a member of the SWAT Unit for another year. The assessment is to be forwarded by January to the Commander of the Administrative Services Bureau, who shall have final authority in retaining members of the Unit.

HOSTAGE NEGOTIATOR

602.20 R   Four (4) hostage negotiators will be assigned to the Special Operations Bureau. Members of this unit may cross-train with the SWAT Unit as determined by the SWAT Unit Commander or Administrative Services Bureau Commander.

602.21 R   Hostage negotiators are responsible for callout on a rotating basis. Two hostage negotiators will respond to each SWAT activation that involves a barricaded suspect. Any additional hostage negotiators will be activated at the Duty Chief's discretion on situations that involve actual hostages. The hostage negotiator team leader will be responsible for completing a rotation schedule annually and providing it to the Administrative Services Bureau Commander, Emergency Communications, the SWAT Unit Commander, and each hostage negotiator.

602.22 R   A hostage negotiator will not respond to an incident without a SWAT response unless approved by the Administrative Services Bureau Commander. Notification will be made through Emergency Communications, who will also notify the Administrative Services Bureau Commander, the SWAT Unit Commander and the Duty Chief.