# EXHIBIT 17

**Lisa G. Finch, et al. vs. City of Wichita, Kansas**

**Case No. 18-cv-1018-JWB-ADM**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**January 14, 2020**

# *CITY OF WICHITA*
# *WICHITA POLICE DEPARTMENT*
# *S.W.A.T.*
# *STANDARD OPERATING PROCEDURES*



**FACTUM NON VERBOS**

**ADOPTED:** 31 August 1997
**REVISED:** 7 February 2014

WICHITA  015404

# WICHITA POLICE DEPARTMENT
## S.W.A.T. UNIT
## STANDARD OPERATING PROCEDURES
## TABLE OF CONTENTS

**I.   Mission Statement**

**II.  Organizational Chart**

**III. Composition and Structure**
       **A.  S.W.A.T. Unit Commander (Lieutenant)**
       **B.  Team Leader**
       **C.  Team Member**
       **D.  Backup Negotiator**

**IV. Command and Control Structure**

**V.  Work Plan**

**VI. S.W.A.T. Unit Activation Procedure**

**VII. Personnel Selection Process**

**VIII. Training Standards**

**IX. Issued Equipment**

**X.  Special Equipment**

**XI. Mission Planning**

**XII. After Action Report**

**XIII. Deployment on Call-Outs**

**XIV. Perimeters**

**XV. Definitions**

**XVI. Barricaded Incidents**

**XVII. Hostage Incidents**

**XVIII. Dignitary Protection**

**XIX. Bomb Incidents**

WICHITA  015405

**XX. Aircraft Hijackings**

**XXI. Riot Control**

**XXII. High Risk Warrant Service**

**XXIII. Security for Vital Installations**

**XXIV.  Periodic Policy Review**

WICHITA  015406

# Wichita Police Department
# Special Weapons and Tactics (S.W.A.T.)
# Standard Operating Procedure

## I.  Mission Statement:

Recognizing that the presence of a highly trained, highly skilled police tactical unit has been shown to substantially reduce the risk of injury or loss of life to citizens, police officers and suspects; and recognizing that a well managed "team" response to critical incidents usually results in successful resolution of critical incidents, it is the intent of the Wichita Police Department S.W.A.T. Unit to provide a highly trained and skilled tactical team as a resource for the Wichita Police Department in the handling of critical incidents.

### Mission:

The mission of the S.W.A.T. Unit is to provide for the protection of life and property during operations which require a high degree of training and teamwork and go beyond the standard patrol response capability.

### Function:

The S.W.A.T. Unit is an auxiliary unit composed of specially trained commissioned members of the Wichita Police Department, Sedgwick County Sheriff Office and City and County Fire Departments.  The S.W.A.T. Unit neutralizes and removes snipers, barricaded or hostage holding individuals and others who threaten public safety.  The S.W.A.T. Unit responds to terrorist activities, conducts riot control, provides dignitary protection and assists in serving selected search and arrest warrants.

Any incident requiring the utilization of the S.W.A.T. Unit will be approved by the Administrative Services Bureau Commander or higher command.  When S.W.A.T. is required to assist, all unit members will respond.

Utilization of a portion of the S.W.A.T. Unit is prohibited except in extreme circumstances and only upon approval of the Administrative Services Bureau Commander or higher command.

5

## II.  Organizational Structure



## III. Composition and Structure

The S.W.A.T. Unit is comprised of ~~fifteen (15)~~ sixteen (16) commissioned personnel of the Wichita Police Department and ~~(2) two~~ (4) four commissioned personnel from the Sheriff's office.  The structure of the S.W.A.T. Unit is as follows:  One Commander the rank of Lieutenant, two Team Leaders assigned from within the S.W.A.T. Unit, and seventeen (17) team members completing the tactical portion of the team.  Four negotiators and eight tactical medics support the team's functions.

WICHITA  015408

### A.  S.W.A.T. Unit Commander (Lieutenant)

Unit Commander's duties include, but are not limited to the following:

1.  Shall report to the Commander of the Administrative Services Bureau.
2.  Shall obey and transmit all orders of the Division, Bureau, and/or Department, insuring uniform interpretation and full compliance by any subordinates.
3.  Shall be available for duty at anytime in case of special needs or emergencies.
4.  Shall consult periodically with command personnel of other Units, Divisions and Bureaus for the purpose of continuing a harmonious working relationship.
5.  Shall be responsible for the implementation of a thorough and comprehensive training program within the unit.
6.  Shall prepare a report that synopsizes the Unit's training and call-outs during the preceding month, and direct same to the Bureau Commander.
7.  Shall avail themselves for interviews concerning S.W.A.T. operations and meet with public officials and various civic groups when so directed and/or approved by the Bureau Commander.
8.  Shall participate in the selection of personnel for the S.W.A.T. Unit.
9.  Shall investigate all cases of apparent or alleged misconduct of their personnel; and shall, when necessary, submit reports of their findings and recommendations to the Bureau Commander.
10. Shall perform any other duties as directed by the Bureau Commander.
11. Shall familiarize themselves with all Departmental Rules, Regulations, Policies, Procedures, Standard Operating Procedures, and General Orders that pertain to the S.W.A.T. function.
12. Shall authorize the assignment of weapons, uniforms and equipment to subordinates as appropriate.  An inventory list will be made available to the Bureau Commander describing and listing what equipment each member has been issued.
13. Shall select and assign a back up Unit Commander to assume responsibilities of Unit Commander in their absence.
14. Shall select and assign two (2) Team Leaders with the approval of the Administrative Services Bureau Commander.
15. Shall maintain a database of weapons practice and proficiency records for each team member.
16. Shall maintain annual training records for the S.W.A.T. Unit
17. Shall be responsible for the demeanor, effectiveness and conduct of their subordinates while they are performing S.W.A.T. duties.  Shall make immediate corrections when an officer's actions fail to meet the standards of the Unit or Department, completing all necessary reports to be placed in the officer's personnel file, or to be handled through the Chain-of-Command.
18. Shall continually inspect the operations of their command to observe conditions, efficiency, and conformity with regulations and policies, initiating and/or recommending to the Division Commander necessary corrections.
19. Shall keep abreast of the latest capabilities and limitations of the personnel assigned to the Unit.

20. Shall have available the addresses, phone, and pager numbers of all personnel assigned to the Unit.
21. Will keep themselves in good physical condition.
22. In addition to the duties and responsibilities outlined in this S.O.P., shall perform the same duties and have the same responsibilities as other supervisory officers, as set forth in the Departmental Policy and Procedure Manual, insofar as they apply.
23. Shall possess a working knowledge of the duties of Team Leaders and Members.

## A.  Team Leader (Experienced Team Personnel)

Team Leader's responsibilities include, but are not limited to the following:

1. Shall report to the Commander of the S.W.A.T. Unit.
2. Shall obey and transmit all orders of the Division, Bureau, and/or Department, insuring uniform interpretation and full compliance by any subordinates.
3. Shall be available for duty at anytime in case of special needs or emergencies.
4. Shall consult periodically with command personnel of other Units, Divisions and Bureaus for the purpose of continuing a harmonious working relationship.
5. Shall assist the Unit Commander with the implementation of a thorough and comprehensive training program within the unit.
6. Shall prepare an after action report, which documents all S.W.A.T. Unit activations and forward same to the Unit Commander.
7. Shall avail themselves for interviews concerning S.W.A.T. operations and meet with public officials and various civic groups when so directed and/or approved by the Bureau and Unit Commander.
8. Shall participate in the selection of personnel for the S.W.A.T. Unit.
9. Shall perform any other duties as directed by the Bureau Commander.
10. Shall familiarize themselves with all Departmental Rules, Regulations, Policies, Procedures, Standard Operating Procedures, and General Orders that pertain to the S.W.A.T. function.
11. Shall select and assign a back up Team Leader to assume responsibilities of Team Leader in their absence.
12. Shall insure that all S.W.A.T. personnel are aware of the necessity for, and strive to promote, a cooperative and harmonious working relationship with other personnel of the Department in the interest of an efficient and effective overall operation.
13. Shall have their personnel respond to any immediate need for police service.
14. Shall be responsible for the demeanor, effectiveness and conduct of their subordinates while they are performing S.W.A.T. duties.  Shall make immediate corrections when an officer's actions fail to meet the standards of the Unit or Department, completing all necessary reports to be placed in the officer's personnel file, or to be handled through the Chain-of-Command.
15. Shall conduct routine inspections of their subordinates.

16. Shall continually inspect the operations of their command to observe conditions, efficiency, and conformity with regulations and policies, initiating and/or recommending to the Division Commander necessary corrections.
17. Shall review all reports addressed to them, endorsing and making recommendations.
18. Shall keep abreast of the latest capabilities and limitations of the personnel assigned to the Unit.
19. Assign subordinates according to their strengths.
20. Shall direct, and assist their subordinates in their assigned duties.
21. Be aware of sources for obtaining special equipment for assignments.
22. Shall have available the addresses, phone, and pager numbers of all personnel assigned to the Unit.
23. In addition to the duties and responsibilities outlined in this S.O.P., shall perform the same duties and have the same responsibilities as other supervisory officers, as set forth in the Departmental Policy and Procedure Manual, insofar as they apply.
24. Will keep themselves in good physical condition.
25. Shall be aware of the capabilities and limitations of the personnel assigned to the Unit.
26. Shall possess a working knowledge of the duties of Team Members.

## C.  Team Member

Team member's responsibilities include, but are not limited to the following:
1. Must maintain a harmonious working relationship with all other Department members in the interest of a coordinated police effort.
2. Will communicate to their supervisors and coworkers all information obtained, which is pertinent to the achievement of common goals.
3. Will keep themselves in good physical condition.
4. Shall be in proper dress or uniform, and will be subject to inspection of dress or equipment at anytime.
5. Will promptly notify their team leader of any equipment shortage or the need for replacement.
6. Participate in special training and development of techniques.
7. Shall properly maintain all equipment assigned to them and keep such equipment available for use at all times.
8. Will be subject to call-out anytime in case of an emergency or special needs.
9. Shall familiarize themselves with all Departmental rules, regulations, policies, procedures, standard operating procedures, general orders and training handouts that pertain to the S.W.A.T. function.
10. Shall qualify with their assigned weapons on a monthly basis.

## IV. Command and Control Structure

The Wichita Police Department S.W.A.T. Unit is commanded by a Lieutenant, who answers directly to the Administrative Services Bureau Commander.  When

activated for operation, the S.W.A.T. Unit Commander, or the Acting Commander when the Commander is absent, reports directly to the Incident Commander, where one has been designated, or to the on-scene supervisor.  ~~The Special Operations Bureau Commander is responsible for the activities taking place within the inner perimeter of the incident and will be kept apprised of the situation by the S.W.A.T. Unit Commander.~~

The S.W.A.T. Unit Commander is responsible for the activities taking place within the inner perimeter of the incident and will keep the Duty Chief apprised of the situation.

The S.W.A.T. Unit Commander is responsible for the deployment of the S.W.A.T. Unit, tactical decision-making, and tactical resolution of the incident.  The S.W.A.T. Unit Commander is subordinate to the Incident Commander only in terms of when and if the tactical option will be initiated, not how it will be performed.  Unless the S.W.A.T. Unit Commander relinquishes his control to another person outside the S.W.A.T. Unit, no other person, who is not in a leadership position within the S.W.A.T. Unit, will attempt to direct, supervise, or control any element or member of the S.W.A.T. Unit.

## V.  Work Plan

A. Hours of Operation

S.W.A.T. personnel are not assigned to the Unit on a full-time basis.  All members have primary assignments in one of the Department's three divisions.  They are subject to call-out twenty-four hours a day, seven days a week, but are not in pay status until being activated.

B.  Vacation Schedules

S.W.A.T. personnel will schedule their vacations as per the S.O.P. of their respective primary division, and notify the team leaders in writing or by phone.

C.  Dress Code

The routine dress of the S.W.A.T. Unit will be the multi-cam (BDU).  However, the S.W.A.T. Team Leaders have the discretion to prescribe attire appropriate for a particular operation.

## VI. S.W.A.T. Unit Activation Procedure

In the event of a call-out for the S.W.A.T. Unit, the 911 Dispatcher is responsible for the following:

A.   Attempt to contact each S.W.A.T. member by:

1. Sending an all-call group page and text to team members
2. Telephoning any member who has not responded to a page within ten minutes of the page being made

    B.   The S.W.A.T. Team will have a back-up system whereby they notify another team member.

    C.   S.W.A.T. Unit activations take precedence over all other assignments within the Wichita Police Department.  S.W.A.T. Unit members become subordinate to the S.W.A.T. Unit Commander until the S.W.A.T. Unit Commander determines that the activation is over.

    D.   Activation of the S.W.A.T. Unit will be conducted according to Departmental Policy 602.

## VII. Personnel Selection Process

The officers successfully completing the selection process will be required to adapt to varied assignments, some of which are highly stressful.  The selection of these officers must be thorough and complete, to accurately select the best qualified officers for the assignment.

The selection process is formally convened by the <span style="color:red">Administrative Services</span> Bureau Commander, the Swat Unit Commander, and selected S.W.A.T. Unit members.  Selected officers are placed in an eligibility pool and are selected as openings occur.

Prior to being eligible to apply for the S.W.A.T. Unit, prospective applicants must have completed three years of continuous service with the Wichita Police Department and maintained for the past three years an 85% handgun qualification score.

Officers on a reckoning period for violation of a "D" or "E" penalty will not be eligible for an assignment to SWAT until they are off the reckoning period.  Officers assigned as a member of SWAT and found to be in violation of a "D" or "E" penalty, will be removed from the assignment until they are off the reckoning period, and will have to reapply for the assignment when openings become available.

Those officers meeting this criterion will then complete an "Application for S.W.A.T. Unit Consideration" and complete the following steps.

<u>Professional Standards File Review</u>

The <span style="color:red">Administrative Services</span> Bureau Commander or his designee will be responsible for conducting a review of all applicants' personnel files maintained in the Professional Standards Bureau.  The purpose of this review is to uncover prior disciplinary action or patterns of behavior that would be indicative of an officer who appears to be lacking in the ability to use good judgment or has little regard for the rules and regulations of the Wichita Police Department.

Physical Fitness Test

This test consists of four components, which are listed below.

1. Sit-ups- This test is performed with the officer laying on his/her back, fingers interlaced behind his/her head, knees bent, and the heels flat on the floor with a partner holding the feet secure. On the command to go, the officer performs as many sit-ups as possible in one minute. The total number of correctly performed sit-ups are scored using the Sit-up Standards Chart (Attachment 1).

2. Pushups - The officer begins by lowering his/her body toward the floor so as to bring the shoulders even with or below the level of the elbow. He/she then pushes up so that elbows "lock out" and immediately thereafter proceeds to repeat the exercise. On the command to go, the officer performs as many push-ups as possible in one minute. The total number of correctly performed push-ups are scored using the Push-up Standards Chart (Attachment 2).

3. Pull-ups - This test is performed with the applicant completing as many pull-ups done with the palms facing away from the officer and with a full downward extension. The officer's weight time's number of repetitions divided by .32 equals percentage score.

4. 1.5 Mile Run - This is an excellent indication of the condition of the heart and lungs as it measures ones aerobic capacity or the ability of the heart and lungs to utilize oxygen. See attachment 3 for scoring.

Supervisor Appraisal Form

An appraisal form will be sent to each applicant's supervisor and must be completed prior to the applicant being considered.

SWAT High Intensity Testing Day

This day is used to test the applicant's physical and mental endurance along with team building skills. The applicant will be presented with a wide variety of tasks designed to see if they are prepared to meet the challenges of being a part of a specialty unit.

Oral Interview Board

~~The Oral Interview Board will consist of the Special Operations Bureau Commander or his designee, the S.W.A.T. Unit commander and three members of the S.W.A.T. Unit below the rank of Lieutenant. While before this board, applicants will be asked a series of prepared questions and will be scored on the appropriateness of their answers.~~

The oral Interview Board will follow the current City of Wichita policy on Interview Boards.

<u>Tactical Team Eligibility List</u>

At the conclusion of the application process, a list will be provided to the Administrative Services Bureau Commander, ranking the candidates in descending order based on their composite score. Because the eligibility list does not include consideration of information contained in Personnel and Internal Affairs files, vacancies on the Tactical Team will be filled utilizing the list as one factor in the selection process.

The list will be valid for one (1) year from the date it is published, or until the list is exhausted, whichever comes first.

## VIII.  Training Standards

The Wichita Police Department S.W.A.T. Unit will conduct training a minimum of eight (8) hours for every two (2) week period.  Personnel who are assigned Sniper/observer duties will train within their specialized assignment, an additional ten (10) hours for every one month period.  The Wichita Police Department S.W.A.T. Unit will train on appropriate subjects related to the mission of the Unit.  All training will be documented and training records will be maintained on file for no less than five (5) years.

All training will be performance oriented and S.W.A.T. Unit task specific.  The Wichita Police Department S.W.A.T. Unit will maintain a current task manual that lists the standards of performance for each task, individual and team level.  Individual team members will be re-certified once per year on all individual skills, and the team will be re-certified once per year on all team level skills.  The individual and team re-certifications will take place during one of the two annual one-week training phases.  Failure to re-certify, at either level, will result in an immediate focus on remedialization of basic skills.  Continued failure to re-certify, after appropriate remedialization, will be dealt with as a failure to meet minimum standards.

The training program will also include regular updates on legal issues facing S.W.A.T. operations, such as warrant service knock and announce and hours for service issues. Deadly force policy and legal issues will also be a regular part of firearms training.

Training requirements and needs shall include but not be limited to the following:

A.  The S.W.A.T. Unit Commander and Team Leaders should have at least attended one basic S.W.A.T. school as provided by the Wichita Police Department or reputable outside agency.  His/her knowledge of S.W.A.T. operation must be superior.

B.  The Sergeant, Detective, or Police Officer assigned to the S.W.A.T. Unit should have the ability, both physically and mentally, to carry out S.W.A.T. functions.

C.  S.W.A.T. Unit members will complete semiannually a physical fitness examination.  Members failing to pass such an exam will have 90 days to successfully retake such an exam and those failing to pass such an exam within the

90-day limit may be removed from the S.W.A.T. Unit at the discretion of the Administrative Services Bureau Commander. ~~The specific details of the physical fitness test are outlined under the "Personnel Selection Process" portion of this S.O.P.~~ The SWAT Unit will follow the Practical Applied Stress Training (P.A.S.T.) concept. P.A.S.T. will bridge the skills that may be needed on an actual incident, which is a combination of shooting proficiency as well as anaerobic and aerobic fitness. The actual test will be designed by the SWAT Commander and Team Leaders and may be modified as missions change. An average score of 70% or greater for the testing process is required to pass the physical fitness exam.

D.  The S.W.A.T. Unit will be permitted to engage in In-service training one working day every two weeks.

E.  S.W.A.T. Unit members will be required to practice monthly with their assigned weapons, Remington 870 shotgun, M-4 Carbine .223, or handgun. Those assigned to a sniper function with the bolt action, scoped Remington 700, .308 and .223 will qualify monthly. Qualifications with the assigned weapons will be conducted semi-annually. A minimum score for proficiency testing will be 90% on the Departmental standardized course for those weapons. Each qualification attempt will be documented in the S.W.A.T. Firearms Database, which is maintained by the Unit Commander.

F.  It shall be the responsibility of the Team Leaders to ensure that all members of the S.W.A.T. Unit are cross-trained in each of the following areas:

1. Cover/containment
2. ~~Sniping~~ Sniper overview and capabilities
3. M-4 Carbine
4. Entry techniques
5. Chemical and Specialty Impact munitions
6. Distraction Devices

New members to the S.W.A.T. Unit who have not received a formulated block of training in each of the six areas listed above will not be considered adequately trained to engage in those activities while on call-outs. The exception to this requirement will be emergencies where adequately trained personnel are not available and the exemption from this requirement is made by a Team Leader or the S.W.A.T. Unit Commander.

G.  Each member of the unit will be required to practice with weapons which are assigned to the individual officer in order to maintain proficiency.

If a team member fails to meet the qualification minimum on any firearms qualification test, a notation will be placed in their respective file for the purposes of documentation and the member will immediately retest. Should a second failure occur the team member will be placed into non-call out status until additional training and a date for retest can be arranged.

A third failure in a twelve month period shall cause a determination of the member's worth to the team, which will be conducted by the Administrative Services Commander, S.W.A.T. Unit Commander and the two Team Leaders. The team member may be retained or removed from the unit, at the discretion of the Commanders.

## IX. Issued Equipment

The following is a list of Departmental-owned equipment that is issued to each S.W.A.T. Unit member:

1 - pair OD Green uniform (BDU) in high cotton content winter weight, made to current U.S. military specifications

1 - pair of "Rocky" brand "Eliminator", or approved boot

1 - Transmitter/receiver with headset

1 - pair of handcuffs

Below is a list of Departmental-owned and/or personally owned equipment, which may be carried by S.W.A.T. Team Members on a basis of mission requirement:

* M-4 .223 caliber Carbine
* Remington 870 shotgun
* Remington 700 .223 or 308 sniper rifle
* Flashlights
* Kevlar Helmet
* Nomex or Polypropoline Balaclava
* Additional body armor
* Approved ammunition
* Cold and wet weather gear
* Binoculars or spotting scopes
* Bipods
* Camouflage face pant
* Sniper veils, ghillie suits, etc.
* Night vision equipment
* Knife
* Canteen/Camel bak
* Spring loaded center punch
* Mirror
* Door stops
* Rappelling equipment
* Parachute "550" cord
* Chemical light sticks
* Ammo pouches
* Spare magazines
* Gloves
* Knee and elbow pads
* Goggles
* Glass cutting tool
* Lock picking equipment
* Tools, i.e. "leatherman" tool, etc.
* Diversionary devices
* ASP
* Other as determined by the S.W.A.T. Commander

Each team member will be issued a ~~Second Chance~~, ~~Command JAC~~, level IIIA ballistic vest and level III, K47 ballistic plate. It will be standard practice that each team member will wear the vest with the ballistic plate installed during the duration of all activations.

Tactical responses to critical incidents require flexibility to allow adaptability. With this in mind the Unit Commander or Team Leaders may decide to authorize team members to remove the vest, plate or both. The decision to remove all or part of the ballistic protection may only be made after careful consideration of all circumstances surrounding the situation.

Sniper personnel ~~are required to wear the vest and plate on all activations. When sniper personnel are in prone positions they may remove the vest and plate. The vest and plate unit will be placed in a position as to afford the best possible ballistic protection for the sniper.~~ will wear their regular issued body armor with a load bearing vest unless the mission calls for a level IIIA vest to be worn.

S.W.A.T. Unit members to whom any item of equipment is issued, are responsible for the care and maintenance of the equipment. Failure to appropriately care for or maintain the equipment in full mission readiness will be grounds for removal from the unit.

## XII. Special Equipment

Recognizing that the missions of the Wichita Police Department S.W.A.T. Unit are performed in a hazardous environment, and recognizing that the safety of innocent citizens, officers, and suspects is often jeopardized by the hazardous conditions, it shall be the intent of the Wichita Police Department S.W.A.T. Unit to utilize special equipment, in an attempt to lessen the risk of injury or death to all involved during the performance of a S.W.A.T. operation. **The Wichita Police Department S.W.A.T. Unit recognizes, however, that the use of the special equipment in no way implies or guarantees that injury or death will not occur during a S.W.A.T. operation.**

1. Primary Entry Weapons: eg: entry shotguns and M-4 carbines; a short-barreled weapon which enables the team member to acquire rapid target acquisition, enhances high levels of accuracy, and provides maneuverability, reliability, stopping power, and the ability to sustain fire.
2. High Caliber Rifles: commonly referred to as counter or anti-sniper rifles, these weapons allow the team member to place highly accurate rounds where needed to help resolve life threatening incidents.
3. Less Lethal Weapons or Ammunition: weapons or ammunition which propel a round or device that is not normally lethal in nature. Designed to offer an alternative to the use of deadly force when appropriate.
4. Distraction Devices: designed to save lives and reduce the potential for shooting situations by providing for a diversion for the entry of S.W.A.T. Unit members into a hazardous area. Utilizes a bright flash of light followed immediately by a loud noise.

5. Breaching Tools and Ammunition:  items such as rams, pry bars, hydraulic or electronic machines, special frangible shotgun rounds, etc. which are designed to force entry into barricaded or secured areas.

6. Explosives:  tactical explosives used to force entry into barricaded or secured areas, or to create an entry point for tactical teams where appropriate speed and surprise can only be accomplished through the use of the explosive.  Also used to create large exterior distractions.

**The S.W.A.T. Unit Commander will insure that only those team members properly trained and certified in the use of the special equipment will utilize the equipment. The S.W.A.T. Unit Commander will be responsible for establishing the certification standards and criteria for the team.**

## XI.  Mission Planning:

The Wichita Police Department S.W.A.T. Unit will utilize a written planning process for all operations that are proactive or anticipatory in nature, such as raids.  The written process will include a format that will document how the operation is to be conducted, command/control/communication, and support required.  All operations plans will be stored and maintained in the After Action File for no less than five years.

## XIII.  After Action Report

At the conclusion of each S.W.A.T. Unit operation a Team Leader will complete an after action report.  Information contained within the After Action Report will include but not be limited to the following:

1. Wichita Police Department case number.
2. Location of incident.
3. Location of Command Post.
4. Time/date of call-out.
5. Type of incident (hostage, barricade, warrant).
6. S.W.A.T. personnel present.
7. Command personnel present.
8. Incident, S.W.A.T., inner/outer perimeter Commanders.
9. Negotiators.
10. Pertinent times eg. use of chemicals, time suspect gave up etc.
11. Other agencies present (EMS, Fire Dept., Sheriff's Dept.)
12. Detailed description of events during the incident.
13. Attachments to the After Action Report will include a copy of Emergency Communications radio log for the incident, Negotiators notes, Mission plans, S.W.A.T. personnel's individual reports, any other document as deemed necessary by the Unit Commander.

The After Action Report will be forwarded to the S.W.A.T. Unit Commander, no later than seven (7) working days after the incident.  The S.W.A.T. Unit Commander will

maintain an After Action file for each S.W.A.T. operation. ~~A copy of which will be forwarded to the Commander of the Special Operations Bureau~~. These files will be kept no less than five (5) years.

### XIII. Deployment on Call-Outs:

Upon being called to the scene of a static hostage situation or barricaded suspect(s), Unit members will report to the predetermined Command Post or Staging Area to receive orders from either a S.W.A.T. Unit Commander, Team Leader or the Commander of the Administrative Services Bureau. The exception to this general rule would be when patrol officers who are performing the containment/cover functions are either receiving gunfire or are reporting that a life-endangering event is about to take place (hostages are about to be harmed or the suspect(s) is preparing to leave a formerly static position). In the event one of the above-described exceptions is encountered, arriving S.W.A.T. Unit members will proceed in a safe manner to the scene and attempt to coordinate their efforts with the officer-in-charge or Commanding Officer.

Once at the Command Post, a S.W.A.T.Unit Commander or Team Leader may designate one or more Unit members to conduct a scouting mission of the target in order to best provide an orderly plan for the ingress of unit members into the inner perimeter and for the safe and orderly egress of patrol officers out of the inner perimeter to an area where they may be debriefed. Depending upon the situation, other unit members may be deployed to take up positions to provide fire support for the initial scouting effort.

### XIV. Perimeters:

Once the decision has been made by a patrol supervisor to summon the S.W.A.T. Unit to a barricaded suspect(s) or hostage incident or an incident of a similar nature, that supervisor will be responsible for the development and manning of a perimeter.

A perimeter is established for two primary purposes:

    A. To reduce the probability of deaths or injuries to innocent civilians and police personnel within the area of the incident.

    B. To reduce the avenue of escape to the offender(s).

**All innocent civilians should be evacuated from the perimeter.**

    A. The size and configuration of the perimeter will be determined by the individual circumstances, availability of resources and the accomplishment of the stated purposes of the perimeter.

The S.W.A.T. Unit Commander will be responsible for the planning and implementation of the S.W.A.T. response and will ensure that the perimeter is adequate in order to insure its maximum effectiveness.

Upon the arrival of the S.W.A.T. Team Leaders and their respective teams, the perimeter will be further developed to reflect two concepts:

A. The inner perimeter, which is defined as the immediate area

1. The inner perimeter will be established with S.W.A.T. personnel, supplemented with other law enforcement personnel as necessary.

2. The S.W.A.T. Team Leader responsible for tactical planning and development will, insofar as practical, be physically located within the inner perimeter in order to monitor conditions and supervise tactics.

B. The outer perimeter, which is defined as that area surrounding the inner perimeter.

1. The outer perimeter will consist of patrol enforcement personnel who will be responsible for keeping all unauthorized persons and vehicles from entering the incident location.

2. The overall scene command post will be located within the outer perimeter area.

S.W.A.T. personnel sent out for preliminary scouting will assist the patrol officers and supervisor with the development of the perimeter.

## XV. Definitions:

BARRICADED INCIDENT - A situation specific in place and time in which a person(s) who is armed or believed to be armed resists being taken into custody.

BOMB INCIDENT - A situation in which a person(s) is armed or believed to be armed with explosives and engages in activity that would fall under the definitions of a barricaded, hostage, or terrorist incident.

HOSTAGE INCIDENT - A situation in which a person(s) holds another person(s) against his/her will by force, threat or violence and law enforcement officers present at the scene are attempting to obtain the release of the person(s) (hostages) being held at that location.

TERRORIST INCIDENT - A situation in which a person(s)) commits or threatens to commit a serious criminal offense for political or ideological purposes.

## XVI. Barricaded Incidents:

In accordance with Wichita Police Department Policy and Procedure, the S.W.A.T. Unit will be called out on all incidents of barricaded suspects. Once at the scene, it will be the responsibility of the S.W.A.T. Unit to ensure that the suspect(s) are contained and not allowed to leave the inner perimeter.

A. RESPONSIBILITIES

1. It shall be the responsibility of the S.W.A.T. Unit Commander or Team Leader ~~Special Operations Commander~~ to ensure that the selection of a

19

Command Post by the Field Supervisor or Watch Commander is adequate for the mission. Further, the S.W.A.T. Unit Commander will ensure a coordinated effort between the S.W.A.T. Unit and the Duty Chief, Patrol, Police negotiators, EMS, Fire, and/or other elements of the Wichita Police Department or outside agencies. The S.W.A.T. Unit Commander ~~Special Operations Bureau Commander~~ will be responsible for providing S.W.A.T. related briefings to the Duty Chief, or ensure that a team member is available to conduct briefings as needed. The S.W.A.T. Unit Commander or ~~Special Operations Administrative Services~~ Bureau Commander will be responsible for making any statements to members of the news media as would pertain to the S.W.A.T. Unit's participation at a particular incident.

2.  Normally, both Team Leaders will be at the scene of any barricaded incident and their responsibilities will be divided as dictated by the incident.

B. <u>PROCEDURES</u>

1.  It is the philosophy of the S.W.A.T. Unit to replace all or virtually all patrol officers within the inner perimeter and to provide the cover/containment function in such a manner as to least provoke the suspect(s) and, at the same time, provide proper cover/containment techniques that all ingress and egress to the target structure is controlled by the Wichita Police Department.

C. <u>TACTICAL OPTIONS</u>

1.  <u>Chemical/Specialty Impact munitions</u> – Chemical/Specialty Impact munitions may be utilized as a first option to force the surrender of a suspect(s) who refuses to negotiate to a timely surrender. However, use of chemical or specialty impact munitions is not an absolute, and may not be advisable under some of the circumstances.

2.  <u>Sniping</u> - The shooting of a suspect by a sniper would not be done unless the suspect(s) are engaged in activities that would be likely to produce death or great bodily harm to others.

3.  <u>Mobile Assault</u> - May have to be considered if the suspect(s) attempt escape from the inner perimeter in a vehicle.

4.  <u>Assault on the Structure</u> - Dependent on the structure's physical layout and mental condition of the suspect(s), an assault may consist of a limited entry, stealth entry, or a dynamic entry.

**XVII. Hostage Incidents:**

In accordance with the Wichita Police Department Policy and Procedure Manual, the S.W.A.T. Unit will be called out on all incidents where it is believed that hostages have been taken. Once at the scene, it will be the responsibility of the S.W.A.T. Unit to ensure that the incident remains contained and that the ingress and egress to the scene is controlled by the Wichita Police Department.

A. RESPONSIBILITIES

1. It shall be the responsibility of the S.W.A.T. Unit Commander and ~~Special Operations~~ Administrative Services Commander to ensure that the selection of a Command Post by the Field Supervisor or Watch Commander is adequate for the mission. Further, the S.W.A.T. Unit Commander will ensure a coordinated effort between the S.W.A.T. Unit and the Duty Chief, Patrol, Police negotiators, EMS, Fire, and/or other elements of the Wichita Police Department or outside agencies. The S.W.A.T. Unit Commander or ~~Special Operations~~ Administrative Services Bureau Commander will be responsible for providing S.W.A.T. related briefings to the Duty Chief, or ensure that a team member is available to conduct briefings as needed. The S.W.A.T. Unit Commander or ~~Special Operations~~ Administrative Services Bureau Commander will be responsible for making any statements to members of the news media as would pertain to the S.W.A.T. Unit's participation at a particular incident.

2. Normally, both Team Leaders will be at the scene of any hostage incident and their responsibilities will be divided as required by the incident.

B. PROCEDURES

1. The philosophy of the S.W.A.T. Unit regarding hostage situations is one of priorities. The first priority is the protection of the lives of the hostages. The second priority is the protection of the lives of law enforcement officers at the scene. The third priority is for the protection of the suspect(s). As with barricaded incidents, every effort should be made to arrange the physical setting in such a manner as to have S.W.A.T. Unit members replace all, or virtually all, patrol officers within the inner perimeter, provide the cover/containment function in such a manner as to least provoke the suspect(s), and provide proper cover/containment techniques that all ingress and egress to the target structure is controlled by the Wichita Police Department.

2. Cover/containment and sniper elements of the S.W.A.T. Unit will not fire upon the suspect(s) or engage in any assault on a target structure without the prior consent of the S.W.A.T. Unit Commander. Two exceptions to this rule are listed below:

   a. S.W.A.T. Unit members may fire upon a suspect(s) when their position has been threatened in such a manner that the officer has no reasonable option available except to fire in defense of one's own life or the life of another.

   b. S.W.A.T. Unit Members may fire upon a suspect(s) or engage in an assault on a structure if they reasonably believe that, based on their firsthand knowledge, the hostage situation has become more volatile and that the lives of hostage(s) is in imminent peril. Such action will only be taken without the prior consent of the S.W.A.T. Unit Commander if time does not permit a detailed consultation with the Command Post.

WICHITA  015423

C.  TACTICAL OPTIONS

1.  <u>Chemical Munitions</u> - Under "most" circumstances, the use of chemical munitions will create panic and unnecessary movement of hostages.  As a result of this consideration, chemical munitions should only be employed where hostage panic is not a factor.  Chemical munitions then may be employed simultaneously with an assault on the structure.

2.  <u>Sniping</u> - Of the tactical options available, sniping, when physically possible, represents the most reliable, efficient method and poses the smallest risk to the hostages and S.W.A.T. Unit members.  When it is determined that sniping will be utilized, the following factors should be taken into account:

    a.  When available, two snipers should be used per one target.  This consideration is especially important when shooting through heavy "thermal pane" or industrial type plate glass windows.

    b.  In virtually all instances, assaults are initiated immediately after the first volley of rifle fire.

    c.  When possible, the hostage negotiation unit will be utilized to "talk" the suspects into moving into the most advantageous positions for the snipers, i.e. windows, doorways, away from heavy cover, etc.

3.  <u>Assaults</u> - Generally, the option to assault can be divided into the three following categories:

    a.  <u>Assaults on Structures</u> - Of the three assault options available, this option represents the least danger to S.W.A.T. Unit members and/or hostages.  This option, when possible, should be used in conjunction with some type of diversionary tactic.

    b.  <u>Open Air Assaults</u> - This method is utilized when an assault on a structure cannot be made.  It assumes the suspect(s) will be exiting with the hostage(s) and all may be covered with a sheet or blanket to avoid identification.

    c.  <u>Mobile Assaults</u> - A mobile assault should be contemplated only when an assault on a structure or an open air assault cannot be made due to tactical considerations.

        1.  A suitable "ambush" site should be selected in such a location to pose the least possible threat to populated areas yet in a location that an assault element can be pre-positioned on at least one side of the road or on the road.

        2.  Something must be partially blocking the road to slow or stop traffic.  Simulated accidents or road construction with parked heavy equipment are ideal.

## XVIII. Dignitary Protection:

The S.W.A.T. Unit will provide dignitary protection service upon request made to the ~~Special Operations~~ Administrative Services Bureau Commander. The S.W.A.T. Unit Commander or a S.W.A.T. Team Leader will be present on all scenes where S.W.A.T. is utilized.  It is the responsibility of the S.W.A.T. Unit to render fixed sites and/or routes of safe travel.

A. PROCEDURES

1.  When at all possible, the S.W.A.T. Unit Commander should be given a 48-hour advance notice that S.W.A.T. will be needed to provide dignitary protection.

2.  When the decision has been made to utilize S.W.A.T., a S.W.A.T. Team Leader will appoint the necessary amount of scouts to respond to the routes of travel and fixed locations.  The Scouts will:

    a.  Prepare the necessary charts needed for a detailed unit briefing.

    b.  Make an initial estimate from on-site observations as to how many S.W.A.T. Unit personnel will be required for the locations involved.

3.  The Team Leader or his designee will present the preliminary scouting charts and estimations to the S.W.A.T. Unit Commander, who, in turn, will make the final determination as to how many unit members are utilized and when applicable, will schedule shifts and relief positions.  During this meeting, sniper and ground coverage positions will be assigned.

## XIX.  Bomb Incidents:

The S.W.A.T. Unit will respond to bomb incidents when a suspect(s) is involved in a barricaded, hostage, or terrorist situation and is either known to possess explosives, is believed to possess explosives or has claimed to be in possession of explosives.  All S.W.A.T. personnel will be utilized on a bomb incident.  The guidelines listed below will be used in conjunction with the guidelines established elsewhere in this manual for a particular type of incident (i.e., a barricaded incident where the suspect(s) are armed with explosives will be handled as per the S.O.P. guidelines for a bomb incident).

A. RESPONSIBILITIES

1.  It shall be the responsibility of the S.W.A.T. Unit Commander to ensure that EMS, Fire and the Wichita Police Department Bomb Squad are available for all bomb incidents the S.W.A.T. Unit is responsible for.  The S.W.A.T. Unit Commander will arrange for a site suitable for the staging of the EMS and Fire assets that will be convenient to the Command Post, but will also be safely situated a minimum of 300 yards from the target.  The bomb squad truck and trailer will be situated in a similar location and the bomb squad personnel will be initially located at the Command Post or at a

location situated in the immediate area.  Should it be necessary for an explosive device to be photographed with a telephoto lens to be studied by the bomb squad or S.W.A.T. Unit members, then the S.W.A.T. Unit Commander will arrange for personnel who have received specialized training in long range photography to bring the necessary equipment to the Command Post, provide those officers with a briefing of what photographs are needed and arrange for one of the team leaders to develop a plan of how the photographer will get to a needed position within the inner perimeter, to take the photographs and to make a safe departure from the area.  Such photographs can either be developed by the Wichita Police Department's lab or at a nearby one-hour photo service.

2.  It shall be the responsibility of the team leaders to ensure that the suspect(s) armed with what is thought to be explosives is, if at all possible, kept well within the confines of the inner perimeter.  If no hostages are involved, suspect(s) armed with what is believed to be explosives will under no circumstances be permitted to egress the inner perimeter or approach within 300 meters any area that has not been evacuated by citizens.

B. PROCEDURES

1.  Suspect(s) armed with what is thought to be explosives and who are displaying intentions of leaving the inner perimeter or approaching Unit members within the inner perimeter will be considered to constitute a deadly threat.  When possible, such a suspect(s) will be verbally ordered to stop walking/running.

2.  Under circumstances when it appears as though firearms will be utilized to incapacitate a suspect(s) armed with explosives, every reasonable effort will be extended to ensure that rounds do not strike the explosive charge(s).

3.  Pyrotechnic distraction devices or blast dispersion tear gas grenades will not be used at bomb incidents unless approved by a Bomb Technician or the ~~Special Operations~~ Administrative Services Bureau Commander.

4.  ~~The chart below was established by the Army for computing minimum safe distances for personnel in the open.  It should be used as a guideline for the positioning of the outer perimeter.~~

| ~~MINIMUM SAFE DISTANCE FOR PERSONNEL IN THE OPEN~~ | | | |
|---|---|---|---|
| ~~POUNDS OF EXPLOSIVE~~ | ~~SAFE DISTANCE IN METERS~~ | ~~POUNDS OF EXPLOSIVE~~ | ~~SAFE DISTANCE IN METERS~~ |

| 1 TO 27 | 300 | 150 | 534 |
|---|---|---|---|
| 30 | 311 | 175 | 560 |
| 35 | 327 | 200 | 585 |
| 40 | 342 | 225 | 609 |
| 45 | 356 | 250 | 630 |
| 50 | 369 | 275 | 651 |
| 60 | 392 | 300 | 670 |
| 70 | 413 | 325 | 688 |
| 80 | 431 | 350 | 705 |
| 90 | 449 | 375 | 722 |
| 100 | 465 | 400 | 737 |
| 125 | 500 | 425 AND UP | 750 |

4.  The outer perimeter will be established by referring to the EOD SOP for minimum safe distance.

5.  Personnel in the inner perimeter should, if at all possible, remain behind heavy cover and should be careful not to put glass or sheet metal objects between them and the suspect.  Although heavy cover will afford some protection from flying debris, it offers little in the way of protection from positive and negative blast over-pressures, extreme heat and flash and sonic damage to eardrums.  When time allows, bomb squad personnel will make estimations based upon the explosive weight (also an estimation) as to where Unit members should be placed in the inner perimeter.

## XX. Aircraft Hijackings:

In theory, the FBI will have primary jurisdiction in circumstances involving hijacked aircraft.  However, the S.W.A.T. Unit may become involved to supplement the local FBI office.  Both S.W.A.T. teams and the S.W.A.T. Unit Commander will be made available to any primary agency responsible to a hijacked aircraft in the metropolitan area.

A. JURISDICTION

The Federal Aviation Administration has primary jurisdiction over any aircraft, its occupants and contents while the aircraft is in flight and after it has landed.  Once, however, a door is opened on a plane sitting on the ground, then jurisdiction falls to the FBI.

B. RESPONSIBILITIES

1.  It shall be the responsibility of the S.W.A.T. Unit Commander to maintain lines of communication with the agency of primary jurisdiction such as the FAA or FBI in addition to provide liaison services with Airport Safety.

2.  It shall be the responsibility of the S.W.A.T. Unit Commander to relay the needs of the agency of primary jurisdiction to the team leaders.

WICHITA  015427

3.  A S.W.A.T. Team Leader will be responsible for establishing cover/containment on the aircraft as well as the positioning of the sniper assets.

4.  The Team Leaders will also be responsible for obtaining a floor plan of the hijacked aircraft from airport safety or the airline, develop a plan for an emergency assault upon the aircraft and will select Unit members on a basis of prior training on a similar airframe.

C. TACTICAL OPTIONS

1.  Chemical Munitions

2.  Sniping

3.  Tactical Assaults

4.  Disabling the Aircraft

5.  Open Air Assault

## XXI. Riot Control:

The S.W.A.T. Unit is capable of providing a variety of services at the scene of a riot. To best utilize the special skills and equipment, it is recommended that S.W.A.T. personnel not be utilized to engage rioters directly. Rather, S.W.A.T. is most effective when utilized in the functions listed under the "Tactical Options" portion of this chapter.

A. RESPONSIBILITIES

1.  It shall be the responsibility of the S.W.A.T. Unit Commander to occupy the Command Post and evaluate the specific nature of the riot and determine how the S.W.A.T. Unit's resources can be best employed and make the necessary recommendations to the Duty Chief.

2.  It shall be the responsibility of the Team Leaders upon their arrival at the Command Post to deploy sufficient sniper assets to ensure the safety of the Command Post from hostile sniper fire.

3.  It shall be the responsibility of the Team Leaders to implement a plan to be used in the field regarding a selected tactical option from the Command Post.

B. TACTICAL OPTIONS

1.  Long-Range Gas Munitions Delivery - Selected personnel from the S.W.A.T. Unit can be equipped with 37MM or 40 MM gas guns and may follow behind the initial line of patrol officers and fire needed 37MM or 40 MM gas rounds into or near a hostile crowd. This method can use prevailing winds to drift chemical agent into a crowd, moving it in a predetermined direction.

2.  Structure Clearing - Should patrol determine that officers have been shot at from a particular structure, the S.W.A.T. Unit can be utilized to isolate and/or enter such a structure.  This method can also be used to apprehend especially violent and/or armed offenders who flee to or barricade themselves within a structure.

3.  Sniping/Counter Sniping - In the event that hostile sniper fire is encountered by law enforcement personnel, S.W.A.T. snipers can be utilized to neutralize any such threat.

## XXII. High Risk Warrant Service:

The S.W.A.T. Unit will provide warrant service when there is a possibility that the safety of an officer or citizen would be in jeopardy without the use of the special equipment and training that a S.W.A.T. team can provide.  The ~~Special Operations~~ Administrative Services Bureau Commander or his designee will make the final decision as to whether the S.W.A.T. Unit is utilized.  The SWAT Unit Commander or a Team Leader will be on all scenes where S.W.A.T. is utilized.  It is the responsibility of the S.W.A.T. Unit when assisting in serving search warrants to render the premises safe and to prevent the destruction of evidence.  The responsibility for the collection of physical evidence will remain with the organization requesting S.W.A.T.'s assistance.

A.  SEARCH WARRANT PROCEDURES

1.  When at all possible, the S.W.A.T. Unit Commander should be given a 24-hour advance notice that S.W.A.T. will be needed to serve a search warrant.  Upon receipt of such a request, the S.W.A.T. Unit Commander will inform the Team Leaders that such a request has been made.  Team Leaders will in turn contact the requesting agency or division within the Wichita Police Department to obtain as much specific information about the structure/suspect(s) involved.

2.  The Team Leader

A. Review the warrant to ensure it is valid and contains the necessary wording for a SWAT entry.
B. Will appoint a scout who will respond to the warrant location.  The scout will perform the following:

1.  ~~a.~~  Verify the address and/or apartment number.

2.  ~~b.~~  Verify that the scene is accurately described in the warrant.

3.  ~~c.~~  Be prepared to advise the Team Leader of an accurate layout of the scene and any special problems that the team may encounter or be prepared to conduct a briefing to any organic unit formed for the warrant service.

B. APPLICABLE STATE STATUTES

1.  Execution of search warrants shall be within ninety-six hours from the time of issuance.

2.  All necessary and reasonable force may be used to affect an entry into any building or property or part thereof to execute a search warrant.

3.  A search warrant may be executed at any time of any day or night.

### C. FELONY WARRANT PROCEDURES

When possible, the S.W.A.T. Unit Commander should be given a two-hour advance notice that S.W.A.T. will be needed to serve a high risk felony warrant.  The procedures for a felony warrant service will be similar to that of "search warrant procedures" except that a search warrant will not be necessary for the arrest of an offender(s) from his/her residence if probable cause exists to believe that the offender(s) is at home.

## XXIII. Security for Vital Installations:

The S.W.A.T. Unit will provide security for vital installations on a situational basis.  The S.W.A.T. Unit Commander or his designee will approve any request for such assistance.

## XXIV.  Periodic Policy Review:

The S.W.A.T. Unit Commander will annually review and, when necessary, update this Standard Operating Procedure.  The S.W.A.T. Unit Commander will then cause the policy to be annually reviewed and approved, by signature, by the Chief of Police.

**Attachment #1**

## SIT-UPS STANDARDS

| Sit-ups | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Age Group | 22-26 | 27-31 | 32-36 | 37-41 | 42-46 | 47-51 | 52-56 |
| Repetitions | | | | | | | |
| | | | | | | | |
| 52 | 100 | | | | | | |
| 51 | 99 | | | | | | |
| 50 | 98 | 100 | | | | | |
| 49 | 97 | 99 | 100 | | | | |
| 48 | 96 | 98 | 99 | 100 | | | |
| 47 | 95 | 97 | 98 | 99 | | | |
| 46 | 94 | 96 | 97 | 98 | 100 | | |
| 45 | 93 | 95 | 96 | 97 | 99 | | |
| 44 | 92 | 94 | 95 | 96 | 98 | 100 | |
| 43 | 91 | 93 | 94 | 95 | 97 | 99 | |
| 42 | 90 | 92 | 93 | 94 | 96 | 98 | 100 |
| 41 | 89 | 91 | 92 | 93 | 95 | 97 | 99 |
| 40 | 88 | 90 | 91 | 92 | 94 | 96 | 98 |
| 39 | 87 | 89 | 90 | 91 | 93 | 95 | 97 |
| 38 | 86 | 88 | 89 | 90 | 92 | 94 | 96 |
| 37 | 85 | 87 | 88 | 89 | 91 | 93 | 95 |
| 36 | 84 | 86 | 87 | 88 | 90 | 92 | 94 |
| 35 | 83 | 85 | 86 | 87 | 89 | 91 | 93 |
| 34 | 82 | 84 | 85 | 86 | 88 | 90 | 92 |
| 33 | 81 | 83 | 84 | 85 | 87 | 89 | 91 |
| 32 | 80 | 82 | 83 | 84 | 86 | 88 | 90 |
| 31 | 79 | 81 | 82 | 83 | 85 | 87 | 89 |
| 30 | 78 | 80 | 81 | 82 | 84 | 86 | 88 |
| 29 | 77 | 79 | 80 | 81 | 83 | 85 | 87 |
| 28 | 76 | 78 | 79 | 80 | 82 | 84 | 86 |
| 27 | 75 | 77 | 78 | 79 | 81 | 83 | 85 |
| 26 | 74 | 76 | 77 | 78 | 80 | 82 | 84 |
| 25 | 73 | 75 | 76 | 77 | 79 | 81 | 83 |
| 24 | 72 | 74 | 75 | 76 | 78 | 80 | 82 |
| 23 | 71 | 73 | 74 | 75 | 77 | 79 | 81 |
| 22 | 70 | 72 | 73 | 74 | 76 | 78 | 80 |
| 21 | 69 | 71 | 72 | 73 | 75 | 77 | 79 |
| 20 | 68 | 70 | 71 | 72 | 74 | 76 | 78 |

**Attachment #2**

### PUSH-UP STANDARDS

| Push-ups | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Age Group | 22-26 | 27-31 | 32-36 | 37-41 | 42-46 | 47-51 | 52-56 |
| Repetitions | | | | | | | |
| | | | | | | | |
| 45 | 100 | | | | | | |
| 44 | 99 | 100 | | | | | |
| 43 | 98 | 99 | 100 | | | | |
| 42 | 97 | 98 | 99 | 100 | | | |
| 41 | 96 | 97 | 98 | 99 | | | |
| 40 | 95 | 96 | 97 | 98 | 100 | | |
| 39 | 94 | 95 | 96 | 97 | 99 | | |
| 38 | 93 | 94 | 95 | 96 | 98 | 100 | |
| 37 | 92 | 93 | 94 | 95 | 97 | 99 | |
| 36 | 91 | 92 | 93 | 94 | 96 | 98 | 100 |
| 35 | 90 | 91 | 92 | 93 | 95 | 97 | 99 |
| 34 | 89 | 90 | 91 | 92 | 94 | 96 | 98 |
| 33 | 88 | 89 | 90 | 91 | 93 | 95 | 97 |
| 32 | 87 | 88 | 89 | 90 | 92 | 94 | 96 |
| 31 | 86 | 87 | 88 | 89 | 91 | 93 | 95 |
| 30 | 85 | 86 | 87 | 88 | 90 | 92 | 94 |
| 29 | 84 | 85 | 86 | 87 | 89 | 91 | 93 |
| 28 | 83 | 84 | 85 | 86 | 88 | 90 | 92 |
| 27 | 82 | 83 | 84 | 85 | 87 | 89 | 91 |
| 26 | 81 | 82 | 83 | 84 | 86 | 88 | 90 |
| 25 | 80 | 81 | 82 | 83 | 85 | 87 | 89 |
| 24 | 79 | 80 | 81 | 82 | 84 | 86 | 88 |
| 23 | 78 | 79 | 80 | 81 | 83 | 85 | 87 |
| 22 | 77 | 78 | 79 | 80 | 82 | 84 | 86 |
| 21 | 76 | 77 | 78 | 79 | 81 | 83 | 85 |
| 20 | 75 | 76 | 77 | 78 | 80 | 82 | 84 |
| 19 | 74 | 75 | 76 | 77 | 79 | 81 | 83 |
| 18 | 73 | 74 | 75 | 76 | 78 | 80 | 82 |
| 17 | 72 | 73 | 74 | 75 | 77 | 79 | 81 |
| 16 | 71 | 72 | 73 | 74 | 76 | 78 | 80 |
| 15 | 70 | 71 | 72 | 73 | 75 | 77 | 79 |
| 14 | 69 | 70 | 71 | 72 | 74 | 76 | 78 |
| 13 | 68 | 69 | 70 | 71 | 73 | 75 | 77 |
| 12 | 67 | 68 | 69 | 70 | 72 | 74 | 76 |

**Attachment #3**

## 1.5 MILE RUN

| 1.5 Mile Run | | | | | | | |
|---|---|---|---|---|---|---|---|
| % | 21-25 | 26-30 | 31-35 | 36-40 | 41-45 | 46-50 | 51-55 |
| | | | | | | | |
| 100 | 9:25 | 9:40 | 9:45 | 10:10 | 10:15 | 10:25 | 10:35 |
| 98 | 9:30 | 9:47 | 9:55 | 10:15 | 10:20 | 10:40 | 10:45 |
| 96 | 9:37 | 9:55 | 10:05 | 10:20 | 10:35 | 10:45 | 10:55 |
| 95 | 9:46 | 10:00 | 10:17 | 10:30 | 10:45 | 10:55 | 11:05 |
| 94 | 9:50 | 10:05 | 10:25 | 10:40 | 10:55 | 11:07 | 11:15 |
| 93 | 9:55 | 10:15 | 10:30 | 10:50 | 11:05 | 11:15 | 11:25 |
| 92 | 10:10 | 10:25 | 10:40 | 11:00 | 11:15 | 11:25 | 11:30 |
| 91 | 10:20 | 10:30 | 10:50 | 11:05 | 11:26 | 11:32 | 11:40 |
| 90 | 10:25 | 10:40 | 11:00 | 11:12 | 11:31 | 11:44 | 11:50 |
| 89 | 10:35 | 10:50 | 11:05 | 11:20 | 11:35 | 11:50 | 12:00 |
| 88 | 10:50 | 11:05 | 11:10 | 11:30 | 11:45 | 12:00 | 12:05 |
| 87 | 11:00 | 11:10 | 11:15 | 11:35 | 11:55 | 12:05 | 12:12 |
| 86 | 11:05 | 11:15 | 11:20 | 11:45 | 12:07 | 12:12 | 12:22 |
| 85 | 11:10 | 11:20 | 11:30 | 11:55 | 12:16 | 12:22 | 12:30 |
| 84 | 11:15 | 11:25 | 11:45 | 12:05 | 12:24 | 12:32 | 12:45 |
| 83 | 11:25 | 11:35 | 11:55 | 12:12 | 12:30 | 12:44 | 12:55 |
| 82 | 11:35 | 11:55 | 12:00 | 12:20 | 12:40 | 12:55 | 13:05 |
| 81 | 11:40 | 12:05 | 12:10 | 12:30 | 12:50 | 13:08 | 13:20 |
| 80 | 12:00 | 12:20 | 12:22 | 12:35 | 13:00 | 13:20 | 13:30 |
| 79 | 12:10 | 12:30 | 12:30 | 12:45 | 13:07 | 13:30 | 13:40 |
| 78 | 12:20 | 12:40 | 12:45 | 12:55 | 13:15 | 13:40 | 13:50 |
| 77 | 12:30 | 12:50 | 12:55 | 13:10 | 13:30 | 13:50 | 14:00 |
| 76 | 12:43 | 13:03 | 13:05 | 13:23 | 13:40 | 14:00 | 14:10 |
| 75 | 12:55 | 13:09 | 13:20 | 13:35 | 13:51 | 14:07 | 14:15 |
| 74 | 13:00 | 13:15 | 13:30 | 13:45 | 14:00 | 14:15 | 14:20 |
| 73 | 13:05 | 13:20 | 13:35 | 13:50 | 14:05 | 14:20 | 14:25 |
| 72 | 13:10 | 13:25 | 13:40 | 13:55 | 14:10 | 14:25 | 14:30 |
| 71 | 13:15 | 13:30 | 13:45 | 14:00 | 14:15 | 14:30 | 14:35 |
| 70 | 13:20 | 13:35 | 13:50 | 14:05 | 14:20 | 14:35 | 14:40 |
| 69 | 13:25 | 13:40 | 13:55 | 14:10 | 14:25 | 14:40 | 14:45 |
| 68 | 13:30 | 13:45 | 14:00 | 14:15 | 14:30 | 14:45 | 14:50 |
| 67 | 13:35 | 13:50 | 14:05 | 14:20 | 14:35 | 14:50 | 14:55 |
| 66 | 13:40 | 13:55 | 14:10 | 14:25 | 14:40 | 14:55 | 15:00 |
| 65 | 13:45 | 14:00 | 14:15 | 14:30 | 14:45 | 15:00 | 15:05 |
| 64 | 13:50 | 14:05 | 14:20 | 14:35 | 14:50 | 15:05 | 15:10 |
| 63 | 13:55 | 14:10 | 14:25 | 14:40 | 14:55 | 15:10 | 15:15 |
| 62 | 14:00 | 14:15 | 14:30 | 14:45 | 15:00 | 15:15 | 15:20 |
| 63 | 13:55 | 14:10 | 14:25 | 14:40 | 14:55 | 15:10 | 15:15 |

WICHITA  015434