# EXHIBIT 18

Lisa G. Finch, et al. vs. City of Wichita, Kansas

Case No. 18-cv-1018-JWB-ADM

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**January 14, 2020**

```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF KANSAS
 2

 3

 4   LISA G. FINCH, Individually, as   )
     Co-Administrator of the Estate    )
 5   of Andrew Thomas Finch,           )
     deceased, and as Next Friend      )
 6   for her minor granddaughter,      )
     AF; DOMINICA C. FINCH, as         )
 7   Co-Administrator of the Estate    )
     of Andrew Thomas Finch,           )
 8   deceased; and ALI ABDELHADI,      )
                                       )
 9                       Plaintiffs,   )
                                       )
10       vs.                           )Case No.
                                       )18-CV-01018-JWB-KGS
11   CITY OF WICHITA, KANSAS;          )
     JOHN DOE POLICE OFFICERS 1-10,    )
12                                     )
                         Defendants.   )
13                                     )

14

15

16              D E P O S I T I O N

17

18       The videotape deposition of KEVIN L. KOCHENDERFER

19   taken on behalf of the Plaintiffs pursuant to the Federal

20   Rules of Civil Procedure before:

21              RICK J. FLORES, CSR
                KELLEY REPORTING ASSOCIATES, LTD.
22              515 South Main, Suite 108
                Wichita, Kansas  67202
23

24   a Certified Shorthand Reporter of Kansas, at 455 North

25   Main, 13th Floor, Wichita, Sedgwick County, Kansas, on

26   the 25th day of April, 2019, at 2:04 p.m.

27
```

Page 50

1    the door's locked or they've reenforced the
2    door with a drop-bar so that the door can't
3    be opened, something along those lines.
4    Q.  And when we refer to a hostage situation,
5    what does this policy mean by that?
6    A.  A hostage is defined by an unwilling
7    participant that's being held against their
8    will.  They're being used to either -- by a
9    suspect to be bargained for for their freedom
10   or through the fear of being harmed, for lack
11   of a better word.
12   Q.  And then down under Policy 602.15, it lists
13   some what are referred to as discretionary
14   SWAT callout situations and it says:  "In all
15   other situations, call out of the SWAT unit
16   is left to the discretion of the duty chief
17   involved."
18       These include A, B, C, and D is "any
19   other situation which, in the opinion of a
20   SWAT -- a watch commander, requires a
21   controlled response to a dangerous or
22   potentially dangerous set of circumstances."
23       Other than the discussions that have
24   occurred annually in the supervisors retreat,
25   and prior to the training that they're going

Page 51

1    through now, has there been any guidance
2    given to lieutenants and sergeants about how
3    to evaluate when a discretionary SWAT callout
4    may be appropriate?
5    A.  Unless -- no, overall, unless you're in
6    charge of a specialized unit, like a
7    narcotics or one of the street crimes units
8    that do a lot of search warrants.  A lot of
9    them are high risk, so they will be able to
10   have a lot more exposure to using SWAT.  So
11   they need to -- those supervisors are able to
12   assess things a little bit different because
13   it's not an active -- an active situation
14   like an incident that's unraveling as the
15   officer's respond to it.  It's a preplanned
16   operation, so they're able to prepare for it
17   differently.
18       So do they have different types of
19   training?
20       Yeah, but there's not very many of
21   those supervisors because we don't have that
22   many of those units.
23   Q.  Policy 602.16 refers to the SWAT callout
24   process.  Generally, this sets out how the
25   first officer on the scene or other officer

Page 52

1    in the chain of command would go about
2    activating SWAT to respond to a particular
3    incident; is that right?
4    A.  Correct.
5    Q.  If a first officer on the scene, if they feel
6    that SWAT is needed, they notify the 911
7    dispatcher who then sets other notifications
8    in place to make that happen?
9    A.  Yes.  Yes.
10           MR. BAILEY:  Why don't we take
11   about a 5-minute break.
12           VIDEOGRAPHER:  Off the record
13   3:15.
14       (A recess was taken from 3:15 p.m. to
15   3:25 p.m.)
16           VIDEOGRAPHER:  Back on the record
17   at 3:25.
18   BY MR. BAILEY:
19   Q.  Lieutenant, what knowledge do you have about
20   the training that's provided on use of lethal
21   force?
22   A.  To recruits?
23   Q.  To either recruits or current officers.
24   A.  With recruits, I mean, that's something that
25   I'm involved with in the academy level with

Page 53

1    the application of firearms.  Like I said, we
2    go through a -- it's a couple weeks that they
3    go through their -- the learning to shoot,
4    the fundamentals, the nomenclature of
5    firearms.  The proper -- we'll use the
6    simulator on different situations to expose
7    them to -- so that they get the fundamentals
8    of communication, voicing commands, assessing
9    what it is that they see in front of them
10   before they react to it, and then the last
11   phase after they shoot, both during the day
12   and at night, is what they call the tactical
13   day and all drills are run from inside of --
14   inside or around police cars.
15   Q.  Tell me about what training is provided on
16   use of force, particularly, lethal use of
17   force in the academy in the classroom as
18   opposed to training that's provided in the
19   field or in the range.
20   A.  Part of their curriculum, and it's not a part
21   that I personally teach, part of their
22   curriculum that they will get prior to --
23   it's usually, depending on who sets it up,
24   it's prior to firearms training.  It's the
25   use of force or the force continuum.  When we

KELLEY REPORTING ASSOCIATES, LTD   515 S. MAIN, STE 105   WICHITA, KANSAS
316.267.8200   67202

Page 78

1  with X amount of education to apply for a
2  sergeant, I think it's after seven years.
3  And then as a lieutenant, it's even higher.
4  So no, I mean, not right away.
5  Q. So officers who are in those positions will
6  necessarily be experienced officers?
7  A. Correct.
8  Q. And they'll be experienced and having been
9  trained for all of those years of experience?
10 A. Correct.
11 Q. And will be experienced in reading and
12 understanding WPD policies?
13 A. Yes.
14 Q. So it's not necessary to train them
15 specifically on each word in each policy, is
16 it?
17 A. No.
18 Q. Or each sentence in each policy?
19 A. No.
20 Q. Is it expected that officers will use their
21 common sense and their experience in
22 reviewing the policies?
23 A. Yes.
24     MR. PIGG: I don't have any other
25 questions at this time.

Page 79

1     REDIRECT EXAMINATION
2  BY MR. BAILEY:
3  Q. Then why are you doing the training you're
4  doing now for supervisors?
5  A. It started with to update the training that
6  we're doing, to bring the new training to the
7  recruits, bring the training to the recruits,
8  which we did. The test case scenario was the
9  class -- there's a class that's in field
10 training on the street right now. We tried
11 it out and it worked. It was simplified
12 enough to where it wasn't overloading them
13 and they did very well with it.
14     Well, the problem was their field
15 training officers and the officers that
16 they're working with on the street now don't
17 know that type of training. So we tried to
18 get the whole department on to the techniques
19 that we're teaching today and have been for
20 the last month and a half. With that comes a
21 different realm of responsibility that
22 supervisors need to be aware of. And from
23 the questions that -- and the e-mails that
24 other -- my colleagues, other supervisors
25 were asking me about, we were able to obtain

Page 80

1  a second day for the -- for the training.
2  And in that second day, so we could stretch
3  out the first day and the second day longer
4  to pull the supervisors out of doing the reps
5  with their officers, once they got the basics
6  in how to manage a scene, with the new
7  techniques and stuff that we're teaching
8  them, you know, and were they perfect before,
9  no. You know, did they need some work.
10 Everybody did, because they're all under, you
11 know -- I mean, I'm the grader, you know, and
12 this is what I'd like to see. So when I'm on
13 vacation and my number two is running it,
14 it's going to work the same way for him.
15 That's the way that I've brought him up under
16 it. You know, and I would like to think that
17 it's the safest, easiest, most productive way
18 to do things. So that's why we did a whole
19 overhaul revamp on things to make sure we
20 covered all bases 'cause I thought needed it.
21     MR. BAILEY: No further
22 questions.
23     RECROSS-EXAMINATION
24 BY MR. PIGG:
25 Q. How long does it take SWAT to arrive at a

Page 81

1  scene once SWAT is actually called out?
2  A. 45 minutes to an hour depending on where it
3  is, depending on -- we should always have
4  somebody that's on duty at some point. Some
5  guys work nights, some work days, some work
6  afternoons, but we have to send people to
7  where the vehicles are staged at 'cause all
8  the equipment and stuff, the robots and the
9  drones and everything are stored at a
10 different -- are stored at a different
11 facility.
12     So when a supervisor calls me and
13 tells me hey, we need SWAT, I'll do it in a
14 wave. There's an orchestrated way that I'll
15 do it. I'll text or call the guys that
16 usually get the trucks to get them going
17 quicker 'cause it doesn't do us any good to
18 show up and not have any gear and just stand
19 around. And so, I mean, the earliest is
20 usually about 45 minutes. An hour is more
21 likely.
22     MR. PIGG: Thank you. Nothing
23 further.
24     MR. BAILEY: Nothing further.
25     VIDEOGRAPHER: Off the record at

21 (Pages 78 to 81)