# EXHIBIT 30

Lisa G. Finch, et al. vs. City of Wichita, Kansas

Case No. 18-cv-1018-JWB-ADM

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

January 14, 2020

```
             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF KANSAS


LISA G. FINCH, Individually, as   )
Co-Administrator of the Estate    )
of Andrew Thomas Finch,           )
deceased, and as Next Friend      )
for her minor granddaughter,      )
AF; DOMINICA C. FINCH, as         )
Co-Administrator of the Estate    )
of Andrew Thomas Finch,           )
deceased; and ALI ABDELHADI,      )
                                  )
             Plaintiffs,          )
                                  )
                                  )
     vs.                          )Case No.
                                  )18-CV-01018-JWB-KGS
                                  )
CITY OF WICHITA, KANSAS;          )
JOHN DOE POLICE OFFICERS 1-10,    )
                                  )
             Defendants.          )
                                  )


                    D E P O S I T I O N


     The deposition of ALI ABDEL-HADI taken on behalf of
the Defendants pursuant to the Federal Rules of Civil
Procedure before:

               RICK J. FLORES, CSR
               KELLEY REPORTING ASSOCIATES, LTD.
               515 South Main, Suite 108
               Wichita, Kansas  67202

a Certified Shorthand Reporter of Kansas, at 200 West
Douglas Avenue, Suite 300, Wichita, Sedgwick County,
Kansas, on the 24th day of July, 2018, at 8:56 a.m.
```

## Page 50

1  Q.  And the door that's open there, is that --
2  A.  Lisa's room.
3  Q.  Do you know whose shoes those are?
4  A.  I believe they're the grandkid's. I think I
5      recognize them, seen them before.
6  Q.  Exhibit 10, can you recognize which room that
7      is?
8  A.  That's Lisa's room.
9  Q.  Exhibit 11?
10 A.  Lisa's room.
11 Q.  Do you know whose shoes -- there's two
12     different types of athletic shoes.
13 A.  Lisa's shoes.
14 Q.  Exhibit 12?
15 A.  My room.
16 Q.  When you heard the drop -- you heard the
17     shot, then heard the drop, could you see
18     Andrew Finch's body at that time when you
19     heard it?
20 A.  Immediately after the drop, I was in the area
21     where I can see him.
22 Q.  And Exhibit 14, does that show kind of the
23     view you would have had?
24 A.  No, sir.
25 Q.  What does that Exhibit 14 show?

## Page 51

1  A.  Yeah, that's where Andy lays down. This is
2      the view I was coming through. And that's
3      where --
4  Q.  When you first saw Andrew's body, was it
5      already completely on the ground?
6          You didn't see him in the process of
7      falling.
8          You just saw him after he had fallen?
9  A.  Immediately after and he was on the ground.
10 Q.  Did you see any movement from him?
11 A.  Didn't see much movement.
12 Q.  Did you see any movement?
13 A.  I heard him.
14 Q.  What'd you hear?
15 A.  (Demonstrating heavy breathing.)
16         He was face down and I heard him
17     extremely -- having extremely difficulty
18     breathing.
19 Q.  You said you heard him and then you made a --
20     like take a real deep breath?
21 A.  I didn't take a deep breath.
22 Q.  That's what you just did to demonstrate --
23 A.  To demonstrate what I heard.
24 Q.  That doesn't pick up. That's why I'm
25     describing it for the record.

## Page 52

1  A.  Sure.
2  Q.  Did you hear that just one time?
3  A.  Couple times.
4  Q.  Then did you hear anything after that from
5      Andrew?
6  A.  Not from Andrew.
7  Q.  Did you hear him say any words?
8  A.  No words.
9  Q.  Did you hear him make any other noises?
10 A.  Did Andrew make any other noises?
11 Q.  Correct.
12 A.  Don't recall after that. The breathing
13     is. . .
14 Q.  Did you see any movement after that?
15 A.  No. He was just face down and having a hard
16     time breathing, as I mentioned.
17 Q.  Did you go over to him?
18 A.  Almost to him.
19 Q.  Did you touch him?
20 A.  Didn't get a chance to touch him.
21 Q.  Why? What happened?
22 A.  The officers got on the intercom and ordered
23     everyone to exit out of the east door.
24 Q.  Were you the first to exit?
25 A.  No, sir.

## Page 53

1  Q.  Who was the first?
2  A.  Lisa, and I was right behind her.
3  Q.  When you went -- were approaching to Andrew
4      but you didn't get there, do you know where
5      Lisa was?
6  A.  Coming out of her room, coming also the same
7      direction as I am towards the drop.
8  Q.  And when she heard the officers, did she turn
9      and then go out the east door?
10 A.  Yes, sir.
11 Q.  Do you know if she saw Andrew's body?
12 A.  No, sir.
13 Q.  No, she didn't or --
14 A.  No, she did not see Andrew's body. She was
15     still in the process of walking in the living
16     room.
17 Q.  You went outside with your hands up?
18 A.  We were ordered to, yes, sir.
19 Q.  And did all of you comply with the
20     instructions to put your hands up?
21 A.  Yes, sir.
22 Q.  What happened when you got outside?
23 A.  Immediately we were taken by the -- we were
24     told to keep our hands up. Immediately we
25     were taken by officers and handcuffed.