# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LISA G. FINCH, et al., | ) | |
| Plaintiffs, | ) | Case No. 18-cv-1018-JWB-ADM |
| vs. | ) | |
| | ) | Judge John W. Broomes |
| WPD OFFICER JUSTIN RAPP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, stipulate to the dismissal of the above-referenced matter with prejudice, with each party to bear their own costs and fees.

Respectfully submitted this 25th day of April, 2023.

By: /s/ Ben Stelter-Embry
Ben Stelter-Embry, KS Bar No. 25891
**Embry Law, LLC**
1600 Genessee, Suite 956
Kansas City, MO 64102
P: (913) 231-9392
Email: ben@embry-law.com

Andrew M. Stroth (Pro Hac Vice)
**Action Injury Law Group, LLC**
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
P: (312) 771-2444 | F: (312) 641-6866
Email: astroth@actioninjurylawgroup.com

Alexa Van Brunt (Pro Hac Vice)
**MacArthur Justice Center**
Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
Email: a-vanbrunt@law.northwestern.edu

By: /s/ Steven Pigg
J. Steven Pigg, KS Bar No. 09213
Samuel A. Green, KS Bar No. 24221
**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th St.
Topeka, KS 66606
P: (785) 232-7761 | Fax: (785) 232-6604
Email:  spigg@fpsslaw.com
             sgreen@fpsslaw.com

Jennifer L. Magaña
Sharon L. Dickgrafe
**City of Wichita**
City Hall-13th Floor
455 N. Main
Wichita, KS 67202
P: (316) 268-4681 | F: (316) 268-4335

**Attorneys for Defendant**

Hamilton Hill (Pro Hac Vice)
**Bartlit Beck, LLP**
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
P: (312) 494-4475
Email: hamilton.hill@bartlitbeck.com

**Attorney for Plaintiffs**